UNITED STATES COURT OF INTERNATIONAL TRADE

| |
|---|
| United States |
|                                *Plaintiff,* |
| v. |
| Zhe "John" Liu and |
| GL Paper Distribution, LLC |
|                                *Defendants.* |

Ct. No. 22-000215

Motion to Compel and Amend Scheduling Order

Pursuant to Rule 37(a)(2)(B)  of the Rules of the U.S. Court of International Trade, defendant Zhe "John" Liu, by and through his attorney, hereby moves for the issuance of an order compelling responses to two discovery requests.   Defendant Liu also moves for an amendment to the scheduling order and seeks to have the date for close of discovery moved from March 17, 2023, to May 15, 2023    The two discovery requests in question consist of a second request for admissions and an initial request for production.    Defendant Liu will first address the request for production.

I.  *No Response was Made to Request for Production*

On December 22, 2022 Defendant Liu issued to plaintiff a request for production under Rule 34 of the Rules of the U.S. Court of International Trade.   As

United States v. Liu
February 13, 2023
Page 2

of the time of the filing of this motion to compel, the plaintiff has not responded to

this motion for production in any fashion.   A copy of this request for production is

appended to this motion to compel as Attachment 1.   In the complaint and in the

various responses filed with the Court in this matter, the plaintiff has alleged a

scheme involving importations by all of the entities for which discovery is sought.

(See page 3, of plaintiff's response to defendant's motion to dismiss ("PRDM") and

pages 14 and 15.)

This request to produce was reasonable.   Defendant Liu submits that such

documents should be provided as, pursuant to Rule 26(b), discovery is appropriate.

Rule 26(b) lays out the tests to determine whether discovery is warranted.   The Rule

states:

> Parties may obtain discovery regarding any nonprivileged matter that
> is relevant to any party's claim or defense and proportional to the needs
> of the case, considering the importance of the issues at stake in the
> action, the amount in controversy, the parties' relative access to
> relevant information, the parties' resources, the importance of
> discovery in resolving the issues, and whether the burden or expense of
> the discovery outweighs its likely benefit. Information within this scope
> of discovery need not be admissible in evidence to be discoverable.
> Rule 26(b) Rules of the United States Court of International Trade

Counsel notes that the United States has not objected to this production

request, but rather has simply chosen not to respond in any fashion.   Counsel further

notes that it sent a letter to the plaintiff on January 26, 2023 calling the Plaintiff's

United States v. Liu
February 13, 2023
Page 3

attention to the non-response. (A copy of this letter is attached to this motion as Attachment 2).   Even if the United States had objected, under the standards, discovery is still appropriate.

      a. *Data is Relevant to Defendant's Defense*

    All of the requested discovery goes to the essential issues in the litigation including the purported scheme involving John Liu, and thus such information is very important with respect to the controversy.   Such documents could provide evidence as to the relationships, or the lack thereof.

      b. *The requested information is proportional to the needs of the Case.*

    The requested discovery is proportional to the needs of the case.   Such documents are in the control of CBP and may include documents obtained from third parties.   Absent production, defendant will not have access to these critical documents that make up the apparent crux of plaintiff's case.   Further, as plaintiff has made specific allegations which must necessarily be based on these documents, defendant must have access to the documents to address these allegations.

      c. *Burden on the United States is Slight*

    The burden on plaintiff United States is slight.   Plaintiff has made specific allegations in the complaint which necessarily must be based on the documents being

United States v. Liu
February 13, 2023
Page 4

requested.   Plaintiff should, therefore, already have these documents assembled and thus can readily provide them.

    d.   *The United States was Provided a Reasonable Chance to Respond*

Defendant John Liu did not immediately file this motion to compel on the first day after the failure to respond.   Rather on January 26, 2023 counsel sent a letter to counsel for plaintiff notifying him of the plaintiff's failure to respond to the discovery request and requesting compliance.   As with the request for production, the  plaintiff did not respond to this letter.

II. *The Response to the Second Request for Admissions was Inadequate*

On December 20, 2022, Defendant Liu issued a second request for admissions pursuant to Rule 36 of the Rules of the U.S. Court of International Trade.    On January 19, 2023 plaintiff files its response.   A copy of plaintiff's response is attached to this motion as Attachment 3.

Plaintiff's responses were not adequate.  As detailed below, the responses had a range of deficiencies and the Court should order the plaintiff to fully respond.

    1.   *The Responses to Admissions 1 to 65 Were Not Adequate*

The response to requests for admission 1 to 65 were similar and were not responsive.   This is illustrated by request for admission 65 and the response thereto.

United States v. Liu
February 13, 2023
Page 5

62. The CF-7501 Customs Entry for entry EH317725735 was submitted to U.S. Customs and Border Protection on or before July 19, 2017

<u>Response:</u> The United States does not know the circumstances relating to or the date when GL PAPER, LIU, or another agent "submitted" the CF 7501 regarding this entry, and has been unable to ascertain whether GL PAPER transmitted any data to CBP before July 20, 2017. The Government observes that, in the normal course of entry procedures, CFs 3461 and 7501 for each entry would have been filed on or after the release date or date of entry for each entry at issue. The date of entry for this entry is the date the merchandise was released as recorded in CBP's ACE and is identified in the table below. The United States also objects to this request because the date CF 7501 was "submitted to U.S. Customs and Border Protection" (CBP) is not relevant to any issue in this litigation. Otherwise, denied.

As discussed in multiple pleadings in this matter, John Liu does not have access to much of this information, nor does he have any knowledge as to the dates of submission of documents and information to U.S. Customs and Border Protection. The response is inadequate for multiple reasons.   Rule 36(a)(4) reads in pertinent part:

The answering party may assert lack of knowledge or information as a reason for failing to admit or deny only if the party states that it has made reasonable inquiry and that the information it knows or can readily obtain is insufficient to enable it to admit or deny.

The denial from plaintiff alleges that plaintiff is unable to confirm or deny key facts.  Such facts are necessarily in the possession or control of plaintiff.  The denial does not provide the necessary statements that a reasonable inquiry was made.  Such

United States v. Liu
February 13, 2023
Page 6

denial also strains credulity.  Entry documentation, including CF-7501's would be

submitted electronically to U.S. CBP using the ACE system.  Two of the data fields

collected by the ACE system are the entry summary date and the entry summary

create date.  As such data is collected by CBP in the ordinary course of operations

and is collected and maintained by U.S. Customs automated recordkeeping system,

the denial would not appear to be fact based.  Further, as expressly stated in the

response, plaintiff used the ACE system to obtain certain dates, and thus necessarily

would  have had access to the data sought by defendant.

Furthermore, the issue of "relevance" is not a valid basis for rejection.  Counsel

for defendant has formulated a valid legal theory which requires certain information

not in possession of defendant.  Plaintiff disagrees with this legal theory, but this is

not an adequate defense.   It is not up to the plaintiff to decide which legal theories

are sufficient and which are not.

   2.   *The Responses to Requests for Admission 66 to 69 Were not Adequate.*

The response to requests for admission 66 to 69 were non-responsive.   The

plaintiff responded to each of these questions seeking admissions as to whether Mr.

Liu's name appeared on a range of documentation with what was essentially a form

response.  This is illustrated by request for admission 66 and the response to this

request.   It states:

United States v. Liu
February 13, 2023
Page 7

66. Zhe "John" Liu's name does not appear on any CF-7501s for the entries the subject of this matter.

Response: The Government admits that Liu caused the submission of CF-7501's to the Government on behalf of GL PAPER that do not include his name, in an effort to conceal his involvement in the scheme.

Such response is not an appropriate response, but rather is argumentation. It "admits" that Liu engaged in improper conduct which was not the subject of the request for admission and renders the substance of the admission meaningless. The response to these requests should have been "admitted" without the argumentation and the Court should so instruct plaintiff.

   *3. The Responses to Requests for Admission 70 to 72 Were not Adequate.*

The response to requests for admission 70 to 72 were not adequate. These responses were one-word denials.  Rule 36(a)(4) reads in pertinent part:

Answer. If a matter is not admitted, the answer must specifically deny it or state in detail why the answering party cannot truthfully admit or deny it. A denial must fairly respond to the substance of the matter…

These interrogatories went the issue as to whether the United States had evidence of relationships between John Liu and the other defendant, G L Paper.  A one-word denial is insufficient and does not fairly respond to the substance of the matter.  This matter has been the subject of a full administrative process, a summons and complaint, and multiple motions.  Notwithstanding this, plaintiff has not only

United States v. Liu
February 13, 2023
Page 8

not disclosed any evidence in support of its allegations, plaintiff has refused to even

state the nature of said evidence and whether such evidence is based on documents,

testimony or some other basis.

## III.   *Date for Completion of Discovery Should be Extended*

Defendant further moves for an extension of the date for completion of discovery.

The scheduling order currently contemplates a close of discovery on March 17,

2023.   In light of the United States' failure to make its 26(a) disclosure, its non-

response to the request for production, and the late and inadequate responses to the

requests for admissions, and in light of the fact that plaintiff has still not stated a

theory of the case, defendant has been unable to formulate adequate discovery

requests including Depositions under Rules 30 and 31 and interrogatories under Rule

33.   The requested extension of the date will provide time for this Court to act on

the motion to compel, provide time for plaintiff to make its 26(a) disclosure, and in

light of said disclosure, permit defendant to conduct discovery and seek information

from plaintiff's proposed witnesses.

United States v. Liu
February 13, 2023
Page 9

 

Based on the foregoing, defendant Liu moves for the issuance of a protective order directing the plaintiff United States to comply with certain discovery requests and extending the date for completion of discovery.  A proposed order is attached to this motion.

Respectfully Submitted,

/s/   David J. Craven

David J. Craven
Craven Trade Law LLC
3744 N Ashland Avenue
Chicago, IL 606013
(773) 709-8506

Counsel to Zhe "John" Liu

February  13, 2023

Attachment 1
Defendant's Request for Production of
December 22, 2022

UNITED STATES COURT OF INTERNATIONAL TRADE

United States

*Plaintiff,*

v.                                                          Ct. No. 22-000215

Zhe "John" Liu and
GL Paper Distribution, LLC

*Defendants.*

Request for Production Pursuant to Rule 34 of the
Rules of the U.S. Court of International Trade

Now comes Defendant John Liu, by and through his attorneys Craven Trade Law
LLC, and pursuant to Rule 34 of the Rules of the U.S. Court of International Trade,
requests the plaintiff the United States produce certain documents.  Specifically,
Defendant Liu requests production of the following:

1.  Copies of all entry paperwork, as defined by 19 CFR 142.3(a), for all of the
    entries listed on attachment I, including, but not limited to CF-7501,
    commercial invoice, packing list and import security filings.
2.  Copies of all CF-28 or CF29 or other communications between Customs and
    Defendants for all of the entries listed on Attachment II.
3.  Copies of all powers of attorney executed by Defendants.
4.  Copies of all documents obtained by Customs that demonstrate the
    ownership or control of Defendant GL Paper Distribution LLC.
5.  Copies of all incorporation documents, annual reports, and other corporate
    filings made by GL Paper Distribution LLC.
6.  Copies of all entry paperwork, as defined by 19 CFR 142.3(a), for four
    entries made by NC Supply, Inc., including, but not limited to CF-7501,
    commercial invoice, packing list and import security filings.
7.  Copies of all CF-28 or CF29 or other communications between Customs and
    NC Supply, Inc.

Request for Production
December 22, 2022
Page 2

8. Copies of all powers of attorney executed by NC Supply, Inc.

9. Copies of all documents obtained by Customs that demonstrate the ownership or control of NC Supply, Inc.

10. Copies of all incorporation documents, annual reports, and other corporate filings made by NC Supply, Inc.

11. Copies of all entry paperwork, as defined by 19 CFR 142.3(a), for four entries made by NC Supply Group, LLC, including, but not limited to CF-7501, commercial invoice, packing list and import security filings.

12. Copies of all CF-28 or CF29 or other communications between Customs and NC Supply Group, LLC

13. Copies of all powers of attorney executed by NC Supply Group, LLC

14. Copies of all documents obtained by Customs that demonstrate the ownership or control of NC Supply Group, LLC

15. Copies of all incorporation documents, annual reports, and other corporate filings made by NC Supply Group, LLC

16. Copies of all entry paperwork, as defined by 19 CFR 142.3(a), for four entries made by CEK Group, LLC, including, but not limited to CF-7501, commercial invoice, packing list and import security filings.

17. Copies of all CF-28 or CF29 or other communications between Customs and CEK Group, LLC

18. Copies of all powers of attorney executed by CEK Group, LLC

19. Copies of all documents obtained by Customs that demonstrate the ownership or control of CEK Group, LLC

20. Copies of all incorporation documents, annual reports, and other corporate filings made by CEK Group, LLC

21. Copies of all entry paperwork, as defined by 19 CFR 142.3(a), for four entries made by Garment Cover Supply, LLC, including, but not limited to CF-7501, commercial invoice, packing list and import security filings.

22. Copies of all CF-28 or CF29 or other communications between Customs and Garment Cover Supply, LLC

23. Copies of all powers of attorney executed by Garment Cover Supply, LLC

24. Copies of all documents obtained by Customs that demonstrate the ownership or control of Garment Cover Supply, LLC

25. Copies of all incorporation documents, annual reports, and other corporate filings made by Garment Cover Supply, LLC

Request for Production
December 22, 2022
Page 3

26. Copies of all entry paperwork, as defined by 19 CFR 142.3(a), for four entries made by AB MA Distribution Corp, including, but not limited to CF-7501, commercial invoice, packing list and import security filings.

27. Copies of all CF-28 or CF29 or other communications between Customs and AB MA Distribution Corp

28. Copies of all powers of attorney executed by AB MA Distribution Corp

29. Copies of all documents obtained by Customs that demonstrate the ownership or control of AB MA Distribution Corp

30. Copies of all incorporation documents, annual reports, and other corporate filings made by AB MA Distribution Corp.

31. Copies of all communications between Liu and third parties, as referenced in paragraph 15 of the complaint regarding the effect of PRC antidumping duties and possibly importing steel wire hangers from countries other than PRC.

Defendant Liu will accept production of these documents in electronic form. Pursuant to Rule 34 (2)(A) a response to this production request is due within 30 days of the service of this request.

Such documents should be provided as, pursuant to Rule 26(b) discover is appropriate where:

> Parties may obtain discovery regarding any nonprivileged matter that is relevant to any party's claim or defense and proportional to the needs of the case, considering the importance of the issues at stake in the action, the amount in controversy, the parties' relative access to relevant information, the parties' resources, the importance of discovery in resolving the issues, and whether the burden or expense of the discovery outweighs its likely benefit. Information within this scope of discovery need not be admissible in evidence to be discoverable.

All of the requested discovery goes to the essential issues in the litigation and thus such information is very important with respect to the controversy.

The requested discovery also is important compared with the amount in controversy. The requested discovery, defendant believes, will further establish an absence of liability by defendant.

Request for Production
December 22, 2022
Page 4

Such documents are in the control of CBP and third parties and, absent production, defendant will not have access to these critical documents that make up the apparent crux of plaintiff's case.   Access is important as plaintiff has made specific allegations which must necessarily be based on these documents and thus defendant must have access to the documents to address these allegations.

The production is also justified as defendant Liu is a private individual while plaintiff is the United States government with the full and complete resources of the Federal Government.  Simply put, defendant does not have the resources to obtain these documents from other issues.

The production will also assist in resolving the issues.   Plaintiff has still not expressed a theory of the case.   The production would enable defendant to understand the nature of the case and permit plaintiff and defendant to potentially resolve some, or all issues.

 Finally, the burden on plaintiff United States is slight.  Plaintiff has made specific allegations in the complaint which necessarily must be based on the documents being requested.  Plaintiff should, therefore, already have these documents assembled and can readily provide them.

Accordingly, defendant's discovery request is relevant to defendant Liu's defense and is proportional to the needs of the defendant.   Plaintiff should respond fully to said request.

Respectfully Submitted,
/s/   David J. Craven
David J. Craven

Craven Trade Law LLC
3744 N Ashland Avenue
Chicago, IL 606013
(773) 245-4010

Counsel to Zhe "John" Liu

Dated:  December 22, 2022

Attachment I

| Entry Number | Date |
|---|---|
| EH317725693 | 07/19/2017 |
| EKJ00113381 | 07/19/2017 |
| EH317726543 | 07/24/2017 |
| EH317726535 | 07/24/2017 |
| ACN31336017 | 07/26/2017 |
| EH317725263 | 07/26/2017 |
| ACN31330168 | 07/27/2017 |
| EH317726550 | 07/27/2017 |
| ACN31330234 | 07/28/2017 |
| EH317725800 | 07/28/2017 |
| ACN31337114 | 07/29/2017 |
| EKJ00115147 | 07/30/2017 |
| ACN31348434 | 07/31/2017 |
| EH317728119 | 07/31/2017 |
| EH317725743 | 08/04/2017 |
| ACN31344458 | 08/08/2017 |
| EH317725735 | 08/08/2017 |

| Entry Number | Date |
|---|---|
| EH317705752 | 03/31/2017 |
| EH317711602 | 03/31/2017 |
| ACN31273178 | 04/04/2017 |
| ACN31273574 | 04/08/2017 |
| EH317709119 | 04/10/2017 |
| ACN31262163 | 04/15/2017 |
| ACN31262338 | 04/15/2017 |
| EH317710612 | 04/17/2017 |
| EH317710422 | 04/17/2017 |
| EH317710414 | 04/17/2017 |
| EH317710406 | 04/17/2017 |
| ACN31279795 | 04/18/2017 |
| ACN31285743 | 04/24/2017 |
| EH317710653 | 05/01/2017 |
| EH317711339 | 05/01/2017 |
| EH317712337 | 05/01/2017 |
| EH317711313 | 05/01/2017 |
| EH317711347 | 05/01/2017 |
| ACN31284217 | 05/02/2017 |
| EH317713707 | 05/02/2017 |
| ACN31284985 | 05/06/2017 |
| ACN31284969 | 05/08/2017 |
| EH317713749 | 05/08/2017 |
| EH317713723 | 05/08/2017 |
| EH317713731 | 05/08/2017 |
| ACN31293440 | 05/10/2017 |
| ACN31283300 | 05/10/2017 |
| ACN31283086 | 05/10/2017 |
| ACN31283078 | 05/10/2017 |
| ACN31292475 | 05/15/2017 |
| ACN31293457 | 05/15/2017 |
| ACN31293473 | 05/15/2017 |
| ACN31292483 | 05/15/2017 |
| ACN31289141 | 05/15/2017 |
| EH317714945 | 05/15/2017 |
| ACN31299405 | 05/17/2017 |
| ACN31301821 | 05/21/2017 |
| ACN31302720 | 05/24/2017 |
| ACN31292038 | 05/24/2017 |
| ACN31302704 | 05/24/2017 |
| ACN31302936 | 05/26/2017 |
| ACN31293507 | 05/29/2017 |
| EH317719324 | 05/29/2017 |
| ACN31309246 | 06/01/2017 |
| EH317719332 | 06/05/2017 |
| ACN31302332 | 06/06/2017 |

| | |
|---|---|
| ACN31307331 | 06/08/2017 |
| ACN31301839 | 06/08/2017 |
| ACN31307349 | 06/08/2017 |
| ACN31303421 | 06/09/2017 |
| ACN31315243 | 06/14/2017 |
| EKJ00109728 | 06/16/2017 |
| EH317719340 | 06/21/2017 |
| EH317719357 | 06/21/2017 |
| EH317719548 | 06/21/2017 |
| ACN31309204 | 06/22/2017 |
| ACN31309196 | 06/23/2017 |
| ACN31312844 | 6/26/2017 |
| ACN31312919 | 06/26/2017 |
| ACN31324153 | 06/26/2017 |
| EH317720975 | 06/26/2017 |
| EH317721783 | 06/26/2017 |
| EH317721791 | 06/26/2017 |
| EH317720983 | 06/26/2017 |
| ACN31313016 | 06/27/2017 |
| ACN31313040 | 06/27/2017 |
| ACN31312893 | 06/27/2017 |
| ACN31309212 | 06/28/2017 |
| ACN31321852 | 06/28/2017 |
| ACN31324815 | 06/28/2017 |
| ACN31323387 | 06/28/2017 |
| ACN31312992 | 06/29/2017 |
| ACN31323445 | 07/03/2017 |
| EH317721940 | 07/03/2017 |
| EH317722179 | 07/03/2017 |
| EH317721957 | 07/03/2017 |
| ACN31312901 | 07/05/2017 |
| ACN31321860 | 07/07/2017 |
| ACN31312984 | 07/07/2017 |
| ACN31334004 | 07/10/2017 |
| ACN31333998 | 07/10/2017 |
| ACN31323346 | 07/11/2017 |
| ACN31326174 | 07/13/2017 |
| ACN31312976 | 07/13/2017 |
| ACN31329509 | 07/15/2017 |
| ACN31340746 | 07/16/2017 |
| EKJ00113167 | 07/16/2017 |
| EKJ00113175 | 07/16/2017 |
| ACN31331356 | 07/17/2017 |
| ACN31331364 | 07/17/2017 |
| EH317725701 | 07/17/2017 |
| EH317725487 | 07/17/2017 |
| EH317725719 | 07/17/2017 |

Attachment II

| | |
|---|---|
| EH317725727 | 07/17/2017 |
| EKJ00113746 | 07/17/2017 |
| ACN31312927 | 07/18/2017 |
| EH317725693 | 07/19/2017 |
| EKJ00113381 | 07/19/2017 |
| EH317726543 | 07/24/2017 |
| EH317726535 | 07/24/2017 |
| ACN31336017 | 07/26/2017 |
| EH317725263 | 07/26/2017 |
| ACN31330168 | 07/27/2017 |
| EH317726550 | 07/27/2017 |
| ACN31330234 | 07/28/2017 |
| EH317725800 | 07/28/2017 |
| ACN31337114 | 07/29/2017 |
| EKJ00115147 | 07/30/2017 |
| ACN31348434 | 07/31/2017 |
| EH317728119 | 07/31/2017 |
| EH317725743 | 08/04/2017 |
| ACN31344458 | 08/08/2017 |
| EH317725735 | 08/08/2017 |

Attachment 2
Letter from Defendant to Plaintiff of
January 26, 2023

# CRAVEN TRADE LAW LLC

## 3744 N Ashland Avenue, Chicago, Illinois 60613

January 26, 2023

William Kanellis
U.S. Department of Justice                                              Via E-Mail
Civil Division
Commercial Litigation Branch
1100 L Street, NW, Suite 10000
Washington, D.C. 20009

      Re:    **U.S. v. Liu (Ct. no. 22-215); Discovery**

Dear Mr. Kanellis:

We are writing with respect to the ongoing discovery in U.S. v. Liu (Ct. No. 22-215). There are a number of serious flaws with the initial responses of the United States to our discovery requests and we are giving the United States an opportunity to correct these responses before we file a motion to compel. We also reject the notion raised in your recent response that Judge Restani's deadline to complete discovery excuses any production until such date. Discovery is a process wherein additional questions and the like are based on information which has previously been provided. The United States, to date, has been exceptionally evasive in its responses and this is contrary to the tone and spirit of discovery.

1.    Request for Production: The request for production was filed on December 22, 2022. The response was due in 30 days – January 21, 2022. It is now the 26th and the response is overdue. We have received no request to delay the response. The request for production is particularly critical as it will help determine the next steps in the discovery process.

2.    Second Request for Admissions: The responses on page 71 to 73 were one-word denials. This is not in accord with the rules of the Court which require that "A denial must fairly respond to the substance of the matter". A one-word denial is insufficient and does not fairly respond to the substance of the matter.

3.    Second Request for Admissions: The responses on pages 2 to 66 are not adequate. CBP claims that it cannot ascertain the dates for certain events. The Rules state that "The answering party may assert lack of knowledge or information as a reason for failing to admit or deny only if the party states that it has made reasonable inquiry and that the information it knows or can readily obtain is insufficient to enable it to admit or deny." There is no such statement. More

## Concentrating in Customs and International Trade Law

William Kanellis, Esq.
January 26, 2023
Page 2

importantly, it strains credulity that CBP would not know when documents were submitted to it as such documents normally contain dates.

4.      Second Request for Admissions:    The "denials" at pages 66 - 69 are not denials, but rather are statements of position.

Quite frankly, the United States' position in this entire case is substantially unjustified and the United States appears to have adopted a course of action where it has set forth hyper technical responses in order to hide facts – facts which are not in the control of my client but which are critical to his defense.   We would hope that the United States would make a good faith effort to respond to these initial discovery documents, and that we will not be forced to file a motion to compel.

Mr. Liu's reply to the United States' response to the motion to dismiss is due on February 7, 2023.   We would expect that the United States would cure its discovery failures no later than February 3, 2023, and if it does not do so, we will be filing contemporaneous with our reply a motion to compel which motion will also include a request for the imposition of sanctions for failure to cooperate  under Rule 37 of the Rules of the United States Court of International Trade.

Respectfully submitted,

Craven Trade Law LLC

David J. Craven
Counsel to John "Zhe" Liu

Attachment 3
Plaintiff's January 19, 2023 Response
to Second Request for Admissions

IN THE UNITED STATES COURT OF INTERNATIONAL TRADE

BEFORE:  HONORABLE JANE A. RESTANI, SENIOR JUDGE

| | | |
|---|---|---|
| THE UNITED STATES, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Court No. 22-215 |
| | ) | |
| | ) | |
| ZHE "JOHN" LIU, and | ) | |
| GL PAPER DISTRIBUTION, LLC, | ) | |
| | ) | |
| Defendants. | ) | |

**<u>PLAINTIFF'S RESPONSE TO DEFENDANT'S REQUESTS FOR ADMISSION</u>**

Pursuant to Rules 36 and 26(e) of the Rules of the Court of International Trade (USCIT R.), plaintiff, the United States, submits these responses to defendant ZHE "JOHN" LIU's second set of requests for admissions.  Pursuant to USCIT R. 26(e), discovery is ongoing and the Government reserves the right to supplement any discovery response as new information becomes available.

1

1.     The CF-7501 Customs Entry for entry EH317726543 was submitted to U.S. Customs and Border Protection on or before July 19, 2017.

Response:  The United States does not know the circumstances relating to or the date when GL PAPER DISTRIBUTION, LLC (GL PAPER), LIU, or another agent "submitted" the CF 7501 regarding this entry, and has been unable to ascertain whether GL PAPER transmitted any data to CBP before July 20, 2017.  The Government observes that, in the normal course of entry procedures, CFs 3461 and 7501 for each entry would have been filed on or after the release date or date of entry for each entry at issue.  The date of entry for this entry is the date the merchandise was released as recorded in U.S. Customs and Border Protection's (CBP) Automated Commercial Environment (ACE) and is identified in the table below.  The United States also objects to this request because the date CF 7501 was "submitted to U.S. Customs and Border Protection" (CBP) is not relevant to any issue in this litigation.  Otherwise, denied.

| Entry # | Date of Entry on Penalty Notice | Entry Summary Date ACE |
|---|---|---|
| EH317726543 | 07 24 2017 | 08 07 2017 |
| EH317726535 | 07 24 2017 | 08 07 2017 |
| ACN31336017 | 07 26 2017 | 08 07 2017 |
| EH317725263 | 07 26 2017 | 08 09 2017 |
| ACN31330168 | 07 27 2017 | 08 08 2017 |
| EH317726550 | 07 27 2017 | 08 10 2017 |
| ACN31330234 | 07 28 2017 | 08 09 2017 |
| EH317725800 | 07 28 2017 | 08 02 2017 |
| ACN31337114 | 07 29 2017 | 08 09 2017 |
| EKJ00115147 | 07 30 2017 | 08 09 2017 |
| ACN31348434 | 07 31 2017 | 08 10 2017 |
| EH317728119 | 07 31 2017 | 08 14 2017 |
| EH317725743 | 08 04 2017 | 08 11 2017 |
| ACN31344458 | 08 08 2017 | 08 18 2017 |
| EH317725735 | 08 08 2017 | 08 22 2017 |

2

2.     The Importer Security Filing for entry EH317726543 was submitted to U.S. Customs and Border Protection on or before July 19, 2017.

Response:  The United States does not know the circumstances relating to or the date when GL PAPER, LIU, or another agent "submitted" the Importer Security Filing (ISF) regarding this entry, and has been unable to ascertain whether GL PAPER transmitted any data to CBP before July 20, 2017.  The Government observes that, in the normal course of entry procedures, CFs 3461 and 7501 for each entry would have been filed on or after the release date or date of entry for each entry at issue.  The date of entry for this entry is the date the merchandise was released as recorded in CBP's ACE and is identified in the table below.  The United States also objects to this request because the date the ISF was "submitted to U.S. Customs and Border Protection" is not relevant to any issue in this litigation.  Otherwise, denied.

| Entry # | Date of Entry on Penalty Notice | Entry Summary Date ACE |
|---------|---------------------------------|------------------------|
| EH317726543 | 07 24 2017 | 08 07 2017 |
| EH317726535 | 07 24 2017 | 08 07 2017 |
| ACN31336017 | 07 26 2017 | 08 07 2017 |
| EH317725263 | 07 26 2017 | 08 09 2017 |
| ACN31330168 | 07 27 2017 | 08 08 2017 |
| EH317726550 | 07 27 2017 | 08 10 2017 |
| ACN31330234 | 07 28 2017 | 08 09 2017 |
| EH317725800 | 07 28 2017 | 08 02 2017 |
| ACN31337114 | 07 29 2017 | 08 09 2017 |
| EKJ00115147 | 07 30 2017 | 08 09 2017 |
| ACN31348434 | 07 31 2017 | 08 10 2017 |
| EH317728119 | 07 31 2017 | 08 14 2017 |
| EH317725743 | 08 04 2017 | 08 11 2017 |
| ACN31344458 | 08 08 2017 | 08 18 2017 |
| EH317725735 | 08 08 2017 | 08 22 2017 |

3.      The Commercial Invoice for entry EH317726543 was submitted to U.S.

Customs and Border Protection on or before July 19, 2017.

 Response:  The United States does not know the circumstances relating to or the date

when GL PAPER, LIU, or another agent "submitted" the commercial invoice (CI) regarding this

entry, and has been unable to ascertain whether GL PAPER transmitted any data to CBP before

July 20, 2017.  The date of entry for this entry is the date the merchandise was released as

recorded in CBP's ACE and is identified in the table below.  The United States also objects to

this request because the date the CI was "submitted to U.S. Customs and Border Protection" is

not relevant to any issue in this litigation.  Otherwise, denied.

| Entry # | Date of Entry on Penalty Notice | Entry Summary Date ACE |
|---------|--------------------------------|------------------------|
| EH317726543 | 07 24 2017 | 08 07 2017 |
| EH317726535 | 07 24 2017 | 08 07 2017 |
| ACN31336017 | 07 26 2017 | 08 07 2017 |
| EH317725263 | 07 26 2017 | 08 09 2017 |
| ACN31330168 | 07 27 2017 | 08 08 2017 |
| EH317726550 | 07 27 2017 | 08 10 2017 |
| ACN31330234 | 07 28 2017 | 08 09 2017 |
| EH317725800 | 07 28 2017 | 08 02 2017 |
| ACN31337114 | 07 29 2017 | 08 09 2017 |
| EKJ00115147 | 07 30 2017 | 08 09 2017 |
| ACN31348434 | 07 31 2017 | 08 10 2017 |
| EH317728119 | 07 31 2017 | 08 14 2017 |
| EH317725743 | 08 04 2017 | 08 11 2017 |
| ACN31344458 | 08 08 2017 | 08 18 2017 |
| EH317725735 | 08 08 2017 | 08 22 2017 |

4.      All other entry documentation, as defined by 19 CFR 142.3(a) for entry

EH317726543 was submitted to U.S. Customs and Border Protection on or before July 19, 2017.

Response:  The United States does not know the circumstances relating to or the date

when GL PAPER, LIU, or another agent "submitted" "all other entry documentation, as defined

by 19 CFR 142.3(a)."  The Government has been unable to ascertain whether GL PAPER

transmitted any data to CBP before July 20, 2017.  The United States also objects to this request

because the date this "other entry documentation" was "submitted to U.S. Customs and Border

Protection" is not relevant to any issue in this litigation.  Otherwise, denied.

5

5.     The CF-7501 Customs Entry for entry EH3177265353 was submitted to U.S. Customs and Border Protection on or before July 19, 2017.

Response:  The United States does not know the circumstances relating to or the date when GL PAPER, LIU, or another agent "submitted" the CF 7501 regarding this entry, and has been unable to ascertain whether GL PAPER transmitted any data to CBP before July 20, 2017. The Government observes that, in the normal course of entry procedures, CFs 3461 and 7501 for each entry would have been filed on or after the release date or date of entry for each entry at issue.  The date of entry for this entry is the date the merchandise was released as recorded in CBP's ACE and is identified in the table below.  The United States also objects to this request because the date CF 7501 was "submitted to U.S. Customs and Border Protection" (CBP) is not relevant to any issue in this litigation.  Otherwise, denied.

| Entry # | Date of Entry on Penalty Notice | Entry Summary Date ACE |
|---|---|---|
| EH317726543 | 07 24 2017 | 08 07 2017 |
| EH317726535 | 07 24 2017 | 08 07 2017 |
| ACN31336017 | 07 26 2017 | 08 07 2017 |
| EH317725263 | 07 26 2017 | 08 09 2017 |
| ACN31330168 | 07 27 2017 | 08 08 2017 |
| EH317726550 | 07 27 2017 | 08 10 2017 |
| ACN31330234 | 07 28 2017 | 08 09 2017 |
| EH317725800 | 07 28 2017 | 08 02 2017 |
| ACN31337114 | 07 29 2017 | 08 09 2017 |
| EKJ00115147 | 07 30 2017 | 08 09 2017 |
| ACN31348434 | 07 31 2017 | 08 10 2017 |
| EH317728119 | 07 31 2017 | 08 14 2017 |
| EH317725743 | 08 04 2017 | 08 11 2017 |
| ACN31344458 | 08 08 2017 | 08 18 2017 |
| EH317725735 | 08 08 2017 | 08 22 2017 |

6.     The Importer Security Filing for entry EH317726535 was submitted to U.S.

6

Customs and Border Protection on or before July 19, 2017.

      Response:  The United States does not know the circumstances relating to or the date when GL PAPER, LIU, or another agent "submitted" the ISF regarding this entry, and has been unable to ascertain whether GL PAPER transmitted any data to CBP before July 20, 2017.  The Government observes that, in the normal course of entry procedures, CFs 3461 and 7501 for each entry would have been filed on or after the release date or date of entry for each entry at issue.  The date of entry for this entry is the date the merchandise was released as recorded in CBP's ACE and is identified in the table below.  The United States also objects to this request because the date the ISF was "submitted to U.S. Customs and Border Protection" is not relevant to any issue in this litigation.  Otherwise, denied.

| Entry # | Date of Entry on Penalty Notice | Entry Summary Date ACE |
|---|---|---|
| EH317726543 | 07 24 2017 | 08 07 2017 |
| EH317726535 | 07 24 2017 | 08 07 2017 |
| ACN31336017 | 07 26 2017 | 08 07 2017 |
| EH317725263 | 07 26 2017 | 08 09 2017 |
| ACN31330168 | 07 27 2017 | 08 08 2017 |
| EH317726550 | 07 27 2017 | 08 10 2017 |
| ACN31330234 | 07 28 2017 | 08 09 2017 |
| EH317725800 | 07 28 2017 | 08 02 2017 |
| ACN31337114 | 07 29 2017 | 08 09 2017 |
| EKJ00115147 | 07 30 2017 | 08 09 2017 |
| ACN31348434 | 07 31 2017 | 08 10 2017 |
| EH317728119 | 07 31 2017 | 08 14 2017 |
| EH317725743 | 08 04 2017 | 08 11 2017 |
| ACN31344458 | 08 08 2017 | 08 18 2017 |
| EH317725735 | 08 08 2017 | 08 22 2017 |

7.     The Commercial Invoice for entry EH317726535 was submitted to U.S.

Customs and Border Protection on or before July 19, 2017.

Response:  The United States does not know the circumstances relating to or the date

when GL PAPER, LIU, or another agent "submitted" the CI regarding this entry, and has been

unable to ascertain whether GL PAPER transmitted any data to CBP before July 20, 2017.  The

date of entry for this entry is the date the merchandise was released as recorded in CBP's ACE

and is identified in the table below.  The United States also objects to this request because the

date the CI was "submitted to U.S. Customs and Border Protection" is not relevant to any issue

in this litigation.  Otherwise, denied.

| Entry # | Date of Entry on Penalty Notice | Entry Summary Date ACE |
|---|---|---|
| EH317726543 | 07 24 2017 | 08 07 2017 |
| EH317726535 | 07 24 2017 | 08 07 2017 |
| ACN31336017 | 07 26 2017 | 08 07 2017 |
| EH317725263 | 07 26 2017 | 08 09 2017 |
| ACN31330168 | 07 27 2017 | 08 08 2017 |
| EH317726550 | 07 27 2017 | 08 10 2017 |
| ACN31330234 | 07 28 2017 | 08 09 2017 |
| EH317725800 | 07 28 2017 | 08 02 2017 |
| ACN31337114 | 07 29 2017 | 08 09 2017 |
| EKJ00115147 | 07 30 2017 | 08 09 2017 |
| ACN31348434 | 07 31 2017 | 08 10 2017 |
| EH317728119 | 07 31 2017 | 08 14 2017 |
| EH317725743 | 08 04 2017 | 08 11 2017 |
| ACN31344458 | 08 08 2017 | 08 18 2017 |
| EH317725735 | 08 08 2017 | 08 22 2017 |

8

8.      All other entry documentation, as defined by 19 CFR 142.3(a) for entry

EH317726535 was submitted to U.S. Customs and Border Protection on or before July 19, 2017.

 Response:  The United States does not know the circumstances relating to or the date

when GL PAPER, LIU, or another agent "submitted" "all other entry documentation, as defined

by 19 CFR 142.3(a)."  The Government has been unable to ascertain whether GL PAPER

transmitted any data to CBP before July 20, 2017.  The United States also objects to this request

because the date this "other entry documentation" was "submitted to U.S. Customs and Border

Protection" is not relevant to any issue in this litigation.  Otherwise, denied.

9.      The CF-7501 Customs Entry for entry ACN31336017 was submitted to U.S. Customs and Border Protection on or before July 19, 2017.

Response:    The United States does not know the circumstances relating to or the date when GL PAPER, LIU, or another agent "submitted" the CF 7501 regarding this entry, and has been unable to ascertain whether GL PAPER transmitted any data to CBP before July 20, 2017. The Government observes that, in the normal course of entry procedures, CFs 3461 and 7501 for each entry would have been filed on or after the release date or date of entry for each entry at issue. The date of entry for this entry is the date the merchandise was released as recorded in CBP's ACE and is identified in the table below. The United States also objects to this request because the date CF 7501 was "submitted to U.S. Customs and Border Protection" (CBP) is not relevant to any issue in this litigation. Otherwise, denied.

| Entry # | Date of Entry on Penalty Notice | Entry Summary Date ACE |
|---|---|---|
| EH317726543 | 07 24 2017 | 08 07 2017 |
| EH317726535 | 07 24 2017 | 08 07 2017 |
| ACN31336017 | 07 26 2017 | 08 07 2017 |
| EH317725263 | 07 26 2017 | 08 09 2017 |
| ACN31330168 | 07 27 2017 | 08 08 2017 |
| EH317726550 | 07 27 2017 | 08 10 2017 |
| ACN31330234 | 07 28 2017 | 08 09 2017 |
| EH317725800 | 07 28 2017 | 08 02 2017 |
| ACN31337114 | 07 29 2017 | 08 09 2017 |
| EKJ00115147 | 07 30 2017 | 08 09 2017 |
| ACN31348434 | 07 31 2017 | 08 10 2017 |
| EH317728119 | 07 31 2017 | 08 14 2017 |
| EH317725743 | 08 04 2017 | 08 11 2017 |
| ACN31344458 | 08 08 2017 | 08 18 2017 |
| EH317725735 | 08 08 2017 | 08 22 2017 |

10.     The Importer Security Filing for entry ACN31336017 was submitted to U.S. Customs and Border Protection on or before July 19, 2017.

Response:  The United States does not know the circumstances relating to or the date when GL PAPER, LIU, or another agent "submitted" the ISF regarding this entry, and has been unable to ascertain whether GL PAPER transmitted any data to CBP before July 20, 2017.  The Government observes that, in the normal course of entry procedures, CFs 3461 and 7501 for each entry would have been filed on or after the release date or date of entry for each entry at issue.  The date of entry for this entry is the date the merchandise was released as recorded in CBP's ACE and is identified in the table below.  The United States also objects to this request because the date the ISF was "submitted to U.S. Customs and Border Protection" is not relevant to any issue in this litigation.  Otherwise, denied.

| Entry # | Date of Entry on Penalty Notice | Entry Summary Date ACE |
|---|---|---|
| EH317726543 | 07 24 2017 | 08 07 2017 |
| EH317726535 | 07 24 2017 | 08 07 2017 |
| ACN31336017 | 07 26 2017 | 08 07 2017 |
| EH317725263 | 07 26 2017 | 08 09 2017 |
| ACN31330168 | 07 27 2017 | 08 08 2017 |
| EH317726550 | 07 27 2017 | 08 10 2017 |
| ACN31330234 | 07 28 2017 | 08 09 2017 |
| EH317725800 | 07 28 2017 | 08 02 2017 |
| ACN31337114 | 07 29 2017 | 08 09 2017 |
| EKJ00115147 | 07 30 2017 | 08 09 2017 |
| ACN31348434 | 07 31 2017 | 08 10 2017 |
| EH317728119 | 07 31 2017 | 08 14 2017 |
| EH317725743 | 08 04 2017 | 08 11 2017 |
| ACN31344458 | 08 08 2017 | 08 18 2017 |
| EH317725735 | 08 08 2017 | 08 22 2017 |

11.     The Commercial Invoice for entry ACN31336017 was submitted to U.S. Customs and Border Protection on or before July 19, 2017.

Response:  The United States does not know the circumstances relating to or the date when GL PAPER, LIU, or another agent "submitted" the CI regarding this entry, and has been unable to ascertain whether GL PAPER transmitted any data to CBP before July 20, 2017.  The date of entry for this entry is the date the merchandise was released as recorded in CBP's ACE and is identified in the table below.  The United States also objects to this request because the date the CI was "submitted to U.S. Customs and Border Protection" is not relevant to any issue in this litigation.  Otherwise, denied.

| Entry # | Date of Entry on Penalty Notice | Entry Summary Date ACE |
|---|---|---|
| EH317726543 | 07 24 2017 | 08 07 2017 |
| EH317726535 | 07 24 2017 | 08 07 2017 |
| ACN31336017 | 07 26 2017 | 08 07 2017 |
| EH317725263 | 07 26 2017 | 08 09 2017 |
| ACN31330168 | 07 27 2017 | 08 08 2017 |
| EH317726550 | 07 27 2017 | 08 10 2017 |
| ACN31330234 | 07 28 2017 | 08 09 2017 |
| EH317725800 | 07 28 2017 | 08 02 2017 |
| ACN31337114 | 07 29 2017 | 08 09 2017 |
| EKJ00115147 | 07 30 2017 | 08 09 2017 |
| ACN31348434 | 07 31 2017 | 08 10 2017 |
| EH317728119 | 07 31 2017 | 08 14 2017 |
| EH317725743 | 08 04 2017 | 08 11 2017 |
| ACN31344458 | 08 08 2017 | 08 18 2017 |
| EH317725735 | 08 08 2017 | 08 22 2017 |

12.    All other entry documentation, as defined by 19 CFR 142.3(a) for entry ACN31336017 was submitted to U.S. Customs and Border Protection on or before July 19, 2017.

Response:  The United States does not know the circumstances relating to or the date when GL PAPER, LIU, or another agent "submitted" "all other entry documentation, as defined by 19 CFR 142.3(a)."  The Government has been unable to ascertain whether GL PAPER transmitted any data to CBP before July 20, 2017.  The United States also objects to this request because the date this "other entry documentation" was "submitted to U.S. Customs and Border Protection" is not relevant to any issue in this litigation.  Otherwise, denied.

13

13.     The CF-7501 Customs Entry for entry EH317725263 was submitted to U.S. Customs and Border Protection on or before July 19, 2017.

Response:  The United States does not know the circumstances relating to or the date when GL PAPER, LIU, or another agent "submitted" the CF 7501 regarding this entry, and has been unable to ascertain whether GL PAPER transmitted any data to CBP before July 20, 2017. The Government observes that, in the normal course of entry procedures, CFs 3461 and 7501 for each entry would have been filed on or after the release date or date of entry for each entry at issue.  The date of entry for this entry is the date the merchandise was released as recorded in CBP's ACE and is identified in the table below.  The United States also objects to this request because the date CF 7501 was "submitted to U.S. Customs and Border Protection" (CBP) is not relevant to any issue in this litigation.  Otherwise, denied.

| Entry # | Date of Entry on Penalty Notice | Entry Summary Date ACE |
|---|---|---|
| EH317726543 | 07 24 2017 | 08 07 2017 |
| EH317726535 | 07 24 2017 | 08 07 2017 |
| ACN31336017 | 07 26 2017 | 08 07 2017 |
| EH317725263 | 07 26 2017 | 08 09 2017 |
| ACN31330168 | 07 27 2017 | 08 08 2017 |
| EH317726550 | 07 27 2017 | 08 10 2017 |
| ACN31330234 | 07 28 2017 | 08 09 2017 |
| EH317725800 | 07 28 2017 | 08 02 2017 |
| ACN31337114 | 07 29 2017 | 08 09 2017 |
| EKJ00115147 | 07 30 2017 | 08 09 2017 |
| ACN31348434 | 07 31 2017 | 08 10 2017 |
| EH317728119 | 07 31 2017 | 08 14 2017 |
| EH317725743 | 08 04 2017 | 08 11 2017 |
| ACN31344458 | 08 08 2017 | 08 18 2017 |
| EH317725735 | 08 08 2017 | 08 22 2017 |

14.    The Importer Security Filing for entry EH317725263 was submitted to U.S. Customs and Border Protection on or before July 19, 2017.

Response:  The United States does not know the circumstances relating to or the date when GL PAPER, LIU, or another agent "submitted" the ISF regarding this entry, and has been unable to ascertain whether GL PAPER transmitted any data to CBP before July 20, 2017.  The Government observes that, in the normal course of entry procedures, CFs 3461 and 7501 for each entry would have been filed on or after the release date or date of entry for each entry at issue.  The date of entry for this entry is the date the merchandise was released as recorded in CBP's ACE and is identified in the table below.  The United States also objects to this request because the date the ISF was "submitted to U.S. Customs and Border Protection" is not relevant to any issue in this litigation.  Otherwise, denied.

| Entry # | Date of Entry on Penalty Notice | Entry Summary Date ACE |
|---|---|---|
| EH317726543 | 07 24 2017 | 08 07 2017 |
| EH317726535 | 07 24 2017 | 08 07 2017 |
| ACN31336017 | 07 26 2017 | 08 07 2017 |
| EH317725263 | 07 26 2017 | 08 09 2017 |
| ACN31330168 | 07 27 2017 | 08 08 2017 |
| EH317726550 | 07 27 2017 | 08 10 2017 |
| ACN31330234 | 07 28 2017 | 08 09 2017 |
| EH317725800 | 07 28 2017 | 08 02 2017 |
| ACN31337114 | 07 29 2017 | 08 09 2017 |
| EKJ00115147 | 07 30 2017 | 08 09 2017 |
| ACN31348434 | 07 31 2017 | 08 10 2017 |
| EH317728119 | 07 31 2017 | 08 14 2017 |
| EH317725743 | 08 04 2017 | 08 11 2017 |
| ACN31344458 | 08 08 2017 | 08 18 2017 |
| EH317725735 | 08 08 2017 | 08 22 2017 |

15.   The Commercial Invoice for entry EH317725263 was submitted to U.S.

Customs and Border Protection on or before July 19, 2017.

Response:  The United States does not know the circumstances relating to or the date

when GL PAPER, LIU, or another agent "submitted" the CI regarding this entry, and has been

unable to ascertain whether GL PAPER transmitted any data to CBP before July 20, 2017.  The

date of entry for this entry is the date the merchandise was released as recorded in CBP's ACE

and is identified in the table below.  The United States also objects to this request because the

date the CI was "submitted to U.S. Customs and Border Protection" is not relevant to any issue

in this litigation.  Otherwise, denied.

| Entry # | Date of Entry on Penalty Notice | Entry Summary Date ACE |
|---------|--------------------------------|------------------------|
| EH317726543 | 07 24 2017 | 08 07 2017 |
| EH317726535 | 07 24 2017 | 08 07 2017 |
| ACN31336017 | 07 26 2017 | 08 07 2017 |
| EH317725263 | 07 26 2017 | 08 09 2017 |
| ACN31330168 | 07 27 2017 | 08 08 2017 |
| EH317726550 | 07 27 2017 | 08 10 2017 |
| ACN31330234 | 07 28 2017 | 08 09 2017 |
| EH317725800 | 07 28 2017 | 08 02 2017 |
| ACN31337114 | 07 29 2017 | 08 09 2017 |
| EKJ00115147 | 07 30 2017 | 08 09 2017 |
| ACN31348434 | 07 31 2017 | 08 10 2017 |
| EH317728119 | 07 31 2017 | 08 14 2017 |
| EH317725743 | 08 04 2017 | 08 11 2017 |
| ACN31344458 | 08 08 2017 | 08 18 2017 |
| EH317725735 | 08 08 2017 | 08 22 2017 |

16.   All other entry documentation, as defined by 19 CFR 142.3(a) for entry EH317725263 was submitted to U.S. Customs and Border Protection on or before July 19, 2017.

Response:   The United States does not know the circumstances relating to or the date when GL PAPER, LIU, or another agent "submitted" "all other entry documentation, as defined by 19 CFR 142.3(a)." The Government has been unable to ascertain whether GL PAPER transmitted any data to CBP before July 20, 2017. The United States also objects to this request because the date this "other entry documentation" was "submitted to U.S. Customs and Border Protection" is not relevant to any issue in this litigation. Otherwise, denied.

17

17.     The CF-7501 Customs Entry for entry ACN313301683 was submitted to

U.S. Customs and Border Protection on or before July 19, 2017.

Response:  The United States does not know the circumstances relating to or the date

when GL PAPER, LIU, or another agent "submitted" the CF 7501 regarding this entry, and has

been unable to ascertain whether GL PAPER transmitted any data to CBP before July 20, 2017.

The Government observes that, in the normal course of entry procedures, CFs 3461 and 7501 for

each entry would have been filed on or after the release date or date of entry for each entry at

issue.  The date of entry for this entry is the date the merchandise was released as recorded in

CBP's ACE and is identified in the table below.  The United States also objects to this request

because the date CF 7501 was "submitted to U.S. Customs and Border Protection" (CBP) is not

relevant to any issue in this litigation.  Otherwise, denied.

| Entry # | Date of Entry on Penalty Notice | Entry Summary Date ACE |
|---|---|---|
| EH317726543 | 07 24 2017 | 08 07 2017 |
| EH317726535 | 07 24 2017 | 08 07 2017 |
| ACN31336017 | 07 26 2017 | 08 07 2017 |
| EH317725263 | 07 26 2017 | 08 09 2017 |
| ACN31330168 | 07 27 2017 | 08 08 2017 |
| EH317726550 | 07 27 2017 | 08 10 2017 |
| ACN31330234 | 07 28 2017 | 08 09 2017 |
| EH317725800 | 07 28 2017 | 08 02 2017 |
| ACN31337114 | 07 29 2017 | 08 09 2017 |
| EKJ00115147 | 07 30 2017 | 08 09 2017 |
| ACN31348434 | 07 31 2017 | 08 10 2017 |
| EH317728119 | 07 31 2017 | 08 14 2017 |
| EH317725743 | 08 04 2017 | 08 11 2017 |
| ACN31344458 | 08 08 2017 | 08 18 2017 |
| EH317725735 | 08 08 2017 | 08 22 2017 |

18.   The Importer Security Filing for entry ACN31330168 was submitted to U.S. Customs and Border Protection on or before July 19, 2017.

<u>Response</u>:   The United States does not know the circumstances relating to or the date when GL PAPER, LIU, or another agent "submitted" the ISF regarding this entry, and has been unable to ascertain whether GL PAPER transmitted any data to CBP before July 20, 2017.  The Government observes that, in the normal course of entry procedures, CFs 3461 and 7501 for each entry would have been filed on or after the release date or date of entry for each entry at issue.  The date of entry for this entry is the date the merchandise was released as recorded in CBP's ACE and is identified in the table below.  The United States also objects to this request because the date the ISF was "submitted to U.S. Customs and Border Protection" is not relevant to any issue in this litigation.  Otherwise, denied.

| Entry # | Date of Entry on Penalty Notice | Entry Summary Date ACE |
|---------|-------------------------------|------------------------|
| EH317726543 | 07 24 2017 | 08 07 2017 |
| EH317726535 | 07 24 2017 | 08 07 2017 |
| ACN31336017 | 07 26 2017 | 08 07 2017 |
| EH317725263 | 07 26 2017 | 08 09 2017 |
| ACN31330168 | 07 27 2017 | 08 08 2017 |
| EH317726550 | 07 27 2017 | 08 10 2017 |
| ACN31330234 | 07 28 2017 | 08 09 2017 |
| EH317725800 | 07 28 2017 | 08 02 2017 |
| ACN31337114 | 07 29 2017 | 08 09 2017 |
| EKJ00115147 | 07 30 2017 | 08 09 2017 |
| ACN31348434 | 07 31 2017 | 08 10 2017 |
| EH317728119 | 07 31 2017 | 08 14 2017 |
| EH317725743 | 08 04 2017 | 08 11 2017 |
| ACN31344458 | 08 08 2017 | 08 18 2017 |
| EH317725735 | 08 08 2017 | 08 22 2017 |

19.     The Commercial Invoice for entry ACN31330168 was submitted to U.S. Customs and Border Protection on or before July 19, 2017.

<u>Response</u>:  The United States does not know the circumstances relating to or the date when GL PAPER, LIU, or another agent "submitted" the CI regarding this entry, and has been unable to ascertain whether GL PAPER transmitted any data to CBP before July 20, 2017.  The date of entry for this entry is the date the merchandise was released as recorded in CBP's ACE and is identified in the table below.  The United States also objects to this request because the date the CI was "submitted to U.S. Customs and Border Protection" is not relevant to any issue in this litigation.  Otherwise, denied.

| Entry # | Date of Entry on Penalty Notice | Entry Summary Date ACE |
|---|---|---|
| EH317726543 | 07 24 2017 | 08 07 2017 |
| EH317726535 | 07 24 2017 | 08 07 2017 |
| ACN31336017 | 07 26 2017 | 08 07 2017 |
| EH317725263 | 07 26 2017 | 08 09 2017 |
| ACN31330168 | 07 27 2017 | 08 08 2017 |
| EH317726550 | 07 27 2017 | 08 10 2017 |
| ACN31330234 | 07 28 2017 | 08 09 2017 |
| EH317725800 | 07 28 2017 | 08 02 2017 |
| ACN31337114 | 07 29 2017 | 08 09 2017 |
| EKJ00115147 | 07 30 2017 | 08 09 2017 |
| ACN31348434 | 07 31 2017 | 08 10 2017 |
| EH317728119 | 07 31 2017 | 08 14 2017 |
| EH317725743 | 08 04 2017 | 08 11 2017 |
| ACN31344458 | 08 08 2017 | 08 18 2017 |
| EH317725735 | 08 08 2017 | 08 22 2017 |

20.     All other entry documentation, as defined by 19 CFR 142.3(a) for entry

ACN31330168 was submitted to U.S. Customs and Border Protection on or before

July 19, 2017.

Response:  The United States does not know the circumstances relating to or the date

when GL PAPER, LIU, or another agent "submitted" "all other entry documentation, as defined

by 19 CFR 142.3(a)."  The Government has been unable to ascertain whether GL PAPER

transmitted any data to CBP before July 20, 2017.  The United States also objects to this request

because the date this "other entry documentation" was "submitted to U.S. Customs and Border

Protection" is not relevant to any issue in this litigation.  Otherwise, denied.

21

21.     The CF-7501 Customs Entry for entry EH317726550 was submitted to U.S.
Customs and Border Protection on or before July 19, 2017.

Response:  The United States does not know the circumstances relating to or the date
when GL PAPER, LIU, or another agent "submitted" the CF 7501 regarding this entry, and has
been unable to ascertain whether GL PAPER transmitted any data to CBP before July 20, 2017.
The Government observes that, in the normal course of entry procedures, CFs 3461 and 7501 for
each entry would have been filed on or after the release date or date of entry for each entry at
issue.  The date of entry for this entry is the date the merchandise was released as recorded in
CBP's ACE and is identified in the table below.  The United States also objects to this request
because the date CF 7501 was "submitted to U.S. Customs and Border Protection" (CBP) is not
relevant to any issue in this litigation.  Otherwise, denied.

| Entry # | Date of Entry on Penalty Notice | Entry Summary Date ACE |
|---|---|---|
| EH317726543 | 07 24 2017 | 08 07 2017 |
| EH317726535 | 07 24 2017 | 08 07 2017 |
| ACN31336017 | 07 26 2017 | 08 07 2017 |
| EH317725263 | 07 26 2017 | 08 09 2017 |
| ACN31330168 | 07 27 2017 | 08 08 2017 |
| EH317726550 | 07 27 2017 | 08 10 2017 |
| ACN31330234 | 07 28 2017 | 08 09 2017 |
| EH317725800 | 07 28 2017 | 08 02 2017 |
| ACN31337114 | 07 29 2017 | 08 09 2017 |
| EKJ00115147 | 07 30 2017 | 08 09 2017 |
| ACN31348434 | 07 31 2017 | 08 10 2017 |
| EH317728119 | 07 31 2017 | 08 14 2017 |
| EH317725743 | 08 04 2017 | 08 11 2017 |
| ACN31344458 | 08 08 2017 | 08 18 2017 |
| EH317725735 | 08 08 2017 | 08 22 2017 |

22.     The Importer Security Filing for entry EH317726550 was submitted to U.S.

Customs and Border Protection on or before July 19, 2017.

Response:   The United States does not know the circumstances relating to or the date

when GL PAPER, LIU, or another agent "submitted" the ISF regarding this entry, and has been

unable to ascertain whether GL PAPER transmitted any data to CBP before July 20, 2017.  The

Government observes that, in the normal course of entry procedures, CFs 3461 and 7501 for

each entry would have been filed on or after the release date or date of entry for each entry at

issue.  The date of entry for this entry is the date the merchandise was released as recorded in

CBP's ACE and is identified in the table below.  The United States also objects to this request

because the date the ISF was "submitted to U.S. Customs and Border Protection" is not relevant

to any issue in this litigation.  Otherwise, denied.

| Entry # | Date of Entry on Penalty Notice | Entry Summary Date ACE |
|---|---|---|
| EH317726543 | 07 24 2017 | 08 07 2017 |
| EH317726535 | 07 24 2017 | 08 07 2017 |
| ACN31336017 | 07 26 2017 | 08 07 2017 |
| EH317725263 | 07 26 2017 | 08 09 2017 |
| ACN31330168 | 07 27 2017 | 08 08 2017 |
| EH317726550 | 07 27 2017 | 08 10 2017 |
| ACN31330234 | 07 28 2017 | 08 09 2017 |
| EH317725800 | 07 28 2017 | 08 02 2017 |
| ACN31337114 | 07 29 2017 | 08 09 2017 |
| EKJ00115147 | 07 30 2017 | 08 09 2017 |
| ACN31348434 | 07 31 2017 | 08 10 2017 |
| EH317728119 | 07 31 2017 | 08 14 2017 |
| EH317725743 | 08 04 2017 | 08 11 2017 |
| ACN31344458 | 08 08 2017 | 08 18 2017 |
| EH317725735 | 08 08 2017 | 08 22 2017 |

23.    The Commercial Invoice for entry EH317726550 was submitted to U.S.

Customs and Border Protection on or before July 19, 2017.

Response:  The United States does not know the circumstances relating to or the date

when GL PAPER, LIU, or another agent "submitted" the CI regarding this entry, and has been

unable to ascertain whether GL PAPER transmitted any data to CBP before July 20, 2017.  The

date of entry for this entry is the date the merchandise was released as recorded in CBP's ACE

and is identified in the table below.  The United States also objects to this request because the

date the CI was "submitted to U.S. Customs and Border Protection" is not relevant to any issue

in this litigation.  Otherwise, denied.

| Entry # | Date of Entry on Penalty Notice | Entry Summary Date ACE |
|---|---|---|
| EH317726543 | 07 24 2017 | 08 07 2017 |
| EH317726535 | 07 24 2017 | 08 07 2017 |
| ACN31336017 | 07 26 2017 | 08 07 2017 |
| EH317725263 | 07 26 2017 | 08 09 2017 |
| ACN31330168 | 07 27 2017 | 08 08 2017 |
| EH317726550 | 07 27 2017 | 08 10 2017 |
| ACN31330234 | 07 28 2017 | 08 09 2017 |
| EH317725800 | 07 28 2017 | 08 02 2017 |
| ACN31337114 | 07 29 2017 | 08 09 2017 |
| EKJ00115147 | 07 30 2017 | 08 09 2017 |
| ACN31348434 | 07 31 2017 | 08 10 2017 |
| EH317728119 | 07 31 2017 | 08 14 2017 |
| EH317725743 | 08 04 2017 | 08 11 2017 |
| ACN31344458 | 08 08 2017 | 08 18 2017 |
| EH317725735 | 08 08 2017 | 08 22 2017 |

24.    All other entry documentation, as defined by 19 CFR 142.3(a) for entry

EH317726550 was submitted to U.S. Customs and Border Protection on or before

July 19, 2017.

Response:  The United States does not know the circumstances relating to or the date

when GL PAPER, LIU, or another agent "submitted" "all other entry documentation, as defined

by 19 CFR 142.3(a)."  The Government has been unable to ascertain whether GL PAPER

transmitted any data to CBP before July 20, 2017.  The United States also objects to this request

because the date this "other entry documentation" was "submitted to U.S. Customs and Border

Protection" is not relevant to any issue in this litigation.  Otherwise, denied.

25

25.    There is no text associated with this request.

26.     The CF-7501 Customs Entry for entry ACN31330234 was submitted to U.S. Customs and Border Protection on or before July 19, 2017.

Response:  The United States does not know the circumstances relating to or the date when GL PAPER, LIU, or another agent "submitted" the CF 7501 regarding this entry, and has been unable to ascertain whether GL PAPER transmitted any data to CBP before July 20, 2017. The Government observes that, in the normal course of entry procedures, CFs 3461 and 7501 for each entry would have been filed on or after the release date or date of entry for each entry at issue.  The date of entry for this entry is the date the merchandise was released as recorded in CBP's ACE and is identified in the table below.  The United States also objects to this request because the date CF 7501 was "submitted to U.S. Customs and Border Protection" (CBP) is not relevant to any issue in this litigation.  Otherwise, denied.

| Entry # | Date of Entry on Penalty Notice | Entry Summary Date ACE |
|---|---|---|
| EH317726543 | 07 24 2017 | 08 07 2017 |
| EH317726535 | 07 24 2017 | 08 07 2017 |
| ACN31336017 | 07 26 2017 | 08 07 2017 |
| EH317725263 | 07 26 2017 | 08 09 2017 |
| ACN31330168 | 07 27 2017 | 08 08 2017 |
| EH317726550 | 07 27 2017 | 08 10 2017 |
| ACN31330234 | 07 28 2017 | 08 09 2017 |
| EH317725800 | 07 28 2017 | 08 02 2017 |
| ACN31337114 | 07 29 2017 | 08 09 2017 |
| EKJ00115147 | 07 30 2017 | 08 09 2017 |
| ACN31348434 | 07 31 2017 | 08 10 2017 |
| EH317728119 | 07 31 2017 | 08 14 2017 |
| EH317725743 | 08 04 2017 | 08 11 2017 |
| ACN31344458 | 08 08 2017 | 08 18 2017 |
| EH317725735 | 08 08 2017 | 08 22 2017 |

27.     The Importer Security Filing for entry ACN31330234 was submitted to U.S. Customs and Border Protection on or before July 19, 2017.

<u>Response</u>:   The United States does not know the circumstances relating to or the date when GL PAPER, LIU, or another agent "submitted" the ISF regarding this entry, and has been unable to ascertain whether GL PAPER transmitted any data to CBP before July 20, 2017.  The Government observes that, in the normal course of entry procedures, CFs 3461 and 7501 for each entry would have been filed on or after the release date or date of entry for each entry at issue.  The date of entry for this entry is the date the merchandise was released as recorded in CBP's ACE and is identified in the table below.  The United States also objects to this request because the date the ISF was "submitted to U.S. Customs and Border Protection" is not relevant to any issue in this litigation.  Otherwise, denied.

| Entry #      | Date of Entry on Penalty Notice | Entry Summary Date ACE |
|--------------|----------------------------------|------------------------|
| EH317726543  | 07 24 2017                       | 08 07 2017             |
| EH317726535  | 07 24 2017                       | 08 07 2017             |
| ACN31336017  | 07 26 2017                       | 08 07 2017             |
| EH317725263  | 07 26 2017                       | 08 09 2017             |
| ACN31330168  | 07 27 2017                       | 08 08 2017             |
| EH317726550  | 07 27 2017                       | 08 10 2017             |
| ACN31330234  | 07 28 2017                       | 08 09 2017             |
| EH317725800  | 07 28 2017                       | 08 02 2017             |
| ACN31337114  | 07 29 2017                       | 08 09 2017             |
| EKJ00115147  | 07 30 2017                       | 08 09 2017             |
| ACN31348434  | 07 31 2017                       | 08 10 2017             |
| EH317728119  | 07 31 2017                       | 08 14 2017             |
| EH317725743  | 08 04 2017                       | 08 11 2017             |
| ACN31344458  | 08 08 2017                       | 08 18 2017             |
| EH317725735  | 08 08 2017                       | 08 22 2017             |

28.     The Commercial Invoice for entry ACN31330234 was submitted to U.S.

Customs and Border Protection on or before July 19, 2017.

Response:  The United States does not know the circumstances relating to or the date

when GL PAPER, LIU, or another agent "submitted" the CI regarding this entry, and has been

unable to ascertain whether GL PAPER transmitted any data to CBP before July 20, 2017.  The

date of entry for this entry is the date the merchandise was released as recorded in CBP's ACE

and is identified in the table below.  The United States also objects to this request because the

date the CI was "submitted to U.S. Customs and Border Protection" is not relevant to any issue

in this litigation.  Otherwise, denied.

| Entry # | Date of Entry on Penalty Notice | Entry Summary Date ACE |
|---|---|---|
| EH317726543 | 07 24 2017 | 08 07 2017 |
| EH317726535 | 07 24 2017 | 08 07 2017 |
| ACN31336017 | 07 26 2017 | 08 07 2017 |
| EH317725263 | 07 26 2017 | 08 09 2017 |
| ACN31330168 | 07 27 2017 | 08 08 2017 |
| EH317726550 | 07 27 2017 | 08 10 2017 |
| ACN31330234 | 07 28 2017 | 08 09 2017 |
| EH317725800 | 07 28 2017 | 08 02 2017 |
| ACN31337114 | 07 29 2017 | 08 09 2017 |
| EKJ00115147 | 07 30 2017 | 08 09 2017 |
| ACN31348434 | 07 31 2017 | 08 10 2017 |
| EH317728119 | 07 31 2017 | 08 14 2017 |
| EH317725743 | 08 04 2017 | 08 11 2017 |
| ACN31344458 | 08 08 2017 | 08 18 2017 |
| EH317725735 | 08 08 2017 | 08 22 2017 |

29.     All other entry documentation, as defined by 19 CFR 142.3(a) for entry ACN31330234 was submitted to U.S. Customs and Border Protection on or before July 19, 2017.

Response:  The United States does not know the circumstances relating to or the date when GL PAPER, LIU, or another agent "submitted" "all other entry documentation, as defined by 19 CFR 142.3(a)."  The Government has been unable to ascertain whether GL PAPER transmitted any data to CBP before July 20, 2017.  The United States also objects to this request because the date this "other entry documentation" was "submitted to U.S. Customs and Border Protection" is not relevant to any issue in this litigation.  Otherwise, denied.

30.     The CF-7501 Customs Entry for entry EH317725800 was submitted to U.S. Customs and Border Protection on or before July 19, 2017.

Response:  The United States does not know the circumstances relating to or the date when GL PAPER, LIU, or another agent "submitted" the CF 7501 regarding this entry, and has been unable to ascertain whether GL PAPER transmitted any data to CBP before July 20, 2017. The Government observes that, in the normal course of entry procedures, CFs 3461 and 7501 for each entry would have been filed on or after the release date or date of entry for each entry at issue.  The date of entry for this entry is the date the merchandise was released as recorded in CBP's ACE and is identified in the table below.  The United States also objects to this request because the date CF 7501 was "submitted to U.S. Customs and Border Protection" (CBP) is not relevant to any issue in this litigation.  Otherwise, denied.

| Entry #     | Date of Entry on Penalty Notice | Entry Summary Date ACE |
|-------------|----------------------------------|-------------------------|
| EH317726543 | 07 24 2017                       | 08 07 2017              |
| EH317726535 | 07 24 2017                       | 08 07 2017              |
| ACN31336017 | 07 26 2017                       | 08 07 2017              |
| EH317725263 | 07 26 2017                       | 08 09 2017              |
| ACN31330168 | 07 27 2017                       | 08 08 2017              |
| EH317726550 | 07 27 2017                       | 08 10 2017              |
| ACN31330234 | 07 28 2017                       | 08 09 2017              |
| EH317725800 | 07 28 2017                       | 08 02 2017              |
| ACN31337114 | 07 29 2017                       | 08 09 2017              |
| EKJ00115147 | 07 30 2017                       | 08 09 2017              |
| ACN31348434 | 07 31 2017                       | 08 10 2017              |
| EH317728119 | 07 31 2017                       | 08 14 2017              |
| EH317725743 | 08 04 2017                       | 08 11 2017              |
| ACN31344458 | 08 08 2017                       | 08 18 2017              |
| EH317725735 | 08 08 2017                       | 08 22 2017              |

31.    The Importer Security Filing for entry EH317725800 was submitted to U.S. Customs and Border Protection on or before July 19, 2017.

Response:    The United States does not know the circumstances relating to or the date when GL PAPER, LIU, or another agent "submitted" the ISF regarding this entry, and has been unable to ascertain whether GL PAPER transmitted any data to CBP before July 20, 2017.  The Government observes that, in the normal course of entry procedures, CFs 3461 and 7501 for each entry would have been filed on or after the release date or date of entry for each entry at issue.  The date of entry for this entry is the date the merchandise was released as recorded in CBP's ACE and is identified in the table below.  The United States also objects to this request because the date the ISF was "submitted to U.S. Customs and Border Protection" is not relevant to any issue in this litigation.  Otherwise, denied.

| Entry # | Date of Entry on Penalty Notice | Entry Summary Date ACE |
|---|---|---|
| EH317726543 | 07 24 2017 | 08 07 2017 |
| EH317726535 | 07 24 2017 | 08 07 2017 |
| ACN31336017 | 07 26 2017 | 08 07 2017 |
| EH317725263 | 07 26 2017 | 08 09 2017 |
| ACN31330168 | 07 27 2017 | 08 08 2017 |
| EH317726550 | 07 27 2017 | 08 10 2017 |
| ACN31330234 | 07 28 2017 | 08 09 2017 |
| EH317725800 | 07 28 2017 | 08 02 2017 |
| ACN31337114 | 07 29 2017 | 08 09 2017 |
| EKJ00115147 | 07 30 2017 | 08 09 2017 |
| ACN31348434 | 07 31 2017 | 08 10 2017 |
| EH317728119 | 07 31 2017 | 08 14 2017 |
| EH317725743 | 08 04 2017 | 08 11 2017 |
| ACN31344458 | 08 08 2017 | 08 18 2017 |
| EH317725735 | 08 08 2017 | 08 22 2017 |

32.     The Commercial Invoice for entry EH317725800 was submitted to U.S.

Customs and Border Protection on or before July 19, 2017.

Response:  The United States does not know the circumstances relating to or the date

when GL PAPER, LIU, or another agent "submitted" the CI regarding this entry, and has been

unable to ascertain whether GL PAPER transmitted any data to CBP before July 20, 2017.  The

date of entry for this entry is the date the merchandise was released as recorded in CBP's ACE

and is identified in the table below.  The United States also objects to this request because the

date the CI was "submitted to U.S. Customs and Border Protection" is not relevant to any issue

in this litigation.  Otherwise, denied.

| Entry # | Date of Entry on Penalty Notice | Entry Summary Date ACE |
|---|---|---|
| EH317726543 | 07 24 2017 | 08 07 2017 |
| EH317726535 | 07 24 2017 | 08 07 2017 |
| ACN31336017 | 07 26 2017 | 08 07 2017 |
| EH317725263 | 07 26 2017 | 08 09 2017 |
| ACN31330168 | 07 27 2017 | 08 08 2017 |
| EH317726550 | 07 27 2017 | 08 10 2017 |
| ACN31330234 | 07 28 2017 | 08 09 2017 |
| EH317725800 | 07 28 2017 | 08 02 2017 |
| ACN31337114 | 07 29 2017 | 08 09 2017 |
| EKJ00115147 | 07 30 2017 | 08 09 2017 |
| ACN31348434 | 07 31 2017 | 08 10 2017 |
| EH317728119 | 07 31 2017 | 08 14 2017 |
| EH317725743 | 08 04 2017 | 08 11 2017 |
| ACN31344458 | 08 08 2017 | 08 18 2017 |
| EH317725735 | 08 08 2017 | 08 22 2017 |

33.     All other entry documentation, as defined by 19 CFR 142.3(a) for entry EH317725800 was submitted to U.S. Customs and Border Protection on or before July 19, 2017.

Response:  The United States does not know the circumstances relating to or the date when GL PAPER, LIU, or another agent "submitted" "all other entry documentation, as defined by 19 CFR 142.3(a)."  The Government has been unable to ascertain whether GL PAPER transmitted any data to CBP before July 20, 2017.  The United States also objects to this request because the date this "other entry documentation" was "submitted to U.S. Customs and Border Protection" is not relevant to any issue in this litigation.  Otherwise, denied.

34.     The CF-7501 Customs Entry for entry ACN31337114 was submitted to U.S. Customs and Border Protection on or before July 19, 2017.

Response:  The United States does not know the circumstances relating to or the date when GL PAPER, LIU, or another agent "submitted" the CF 7501 regarding this entry, and has been unable to ascertain whether GL PAPER transmitted any data to CBP before July 20, 2017. The Government observes that, in the normal course of entry procedures, CFs 3461 and 7501 for each entry would have been filed on or after the release date or date of entry for each entry at issue.  The date of entry for this entry is the date the merchandise was released as recorded in CBP's ACE and is identified in the table below.  The United States also objects to this request because the date CF 7501 was "submitted to U.S. Customs and Border Protection" (CBP) is not relevant to any issue in this litigation.  Otherwise, denied.

| Entry # | Date of Entry on Penalty Notice | Entry Summary Date ACE |
|---|---|---|
| EH317726543 | 07 24 2017 | 08 07 2017 |
| EH317726535 | 07 24 2017 | 08 07 2017 |
| ACN31336017 | 07 26 2017 | 08 07 2017 |
| EH317725263 | 07 26 2017 | 08 09 2017 |
| ACN31330168 | 07 27 2017 | 08 08 2017 |
| EH317726550 | 07 27 2017 | 08 10 2017 |
| ACN31330234 | 07 28 2017 | 08 09 2017 |
| EH317725800 | 07 28 2017 | 08 02 2017 |
| ACN31337114 | 07 29 2017 | 08 09 2017 |
| EKJ00115147 | 07 30 2017 | 08 09 2017 |
| ACN31348434 | 07 31 2017 | 08 10 2017 |
| EH317728119 | 07 31 2017 | 08 14 2017 |
| EH317725743 | 08 04 2017 | 08 11 2017 |
| ACN31344458 | 08 08 2017 | 08 18 2017 |
| EH317725735 | 08 08 2017 | 08 22 2017 |

35.    The Importer Security Filing for entry ACN31337114 was submitted to U.S. Customs and Border Protection on or before July 19, 2017.

Response:    The United States does not know the circumstances relating to or the date when GL PAPER, LIU, or another agent "submitted" the ISF regarding this entry, and has been unable to ascertain whether GL PAPER transmitted any data to CBP before July 20, 2017.  The Government observes that, in the normal course of entry procedures, CFs 3461 and 7501 for each entry would have been filed on or after the release date or date of entry for each entry at issue.  The date of entry for this entry is the date the merchandise was released as recorded in CBP's ACE and is identified in the table below.  The United States also objects to this request because the date the ISF was "submitted to U.S. Customs and Border Protection" is not relevant to any issue in this litigation.  Otherwise, denied.

| Entry # | Date of Entry on Penalty Notice | Entry Summary Date ACE |
|---|---|---|
| EH317726543 | 07 24 2017 | 08 07 2017 |
| EH317726535 | 07 24 2017 | 08 07 2017 |
| ACN31336017 | 07 26 2017 | 08 07 2017 |
| EH317725263 | 07 26 2017 | 08 09 2017 |
| ACN31330168 | 07 27 2017 | 08 08 2017 |
| EH317726550 | 07 27 2017 | 08 10 2017 |
| ACN31330234 | 07 28 2017 | 08 09 2017 |
| EH317725800 | 07 28 2017 | 08 02 2017 |
| ACN31337114 | 07 29 2017 | 08 09 2017 |
| EKJ00115147 | 07 30 2017 | 08 09 2017 |
| ACN31348434 | 07 31 2017 | 08 10 2017 |
| EH317728119 | 07 31 2017 | 08 14 2017 |
| EH317725743 | 08 04 2017 | 08 11 2017 |
| ACN31344458 | 08 08 2017 | 08 18 2017 |
| EH317725735 | 08 08 2017 | 08 22 2017 |

36.    The Commercial Invoice for entry ACN31337114 was submitted to U.S.

Customs and Border Protection on or before July 19, 2017.

Response:  The United States does not know the circumstances relating to or the date

when GL PAPER, LIU, or another agent "submitted" the CI regarding this entry, and has been

unable to ascertain whether GL PAPER transmitted any data to CBP before July 20, 2017.  The

date of entry for this entry is the date the merchandise was released as recorded in CBP's ACE

and is identified in the table below.  The United States also objects to this request because the

date the CI was "submitted to U.S. Customs and Border Protection" is not relevant to any issue

in this litigation.  Otherwise, denied.

| Entry # | Date of Entry on Penalty Notice | Entry Summary Date ACE |
|---------|--------------------------------|------------------------|
| EH317726543 | 07 24 2017 | 08 07 2017 |
| EH317726535 | 07 24 2017 | 08 07 2017 |
| ACN31336017 | 07 26 2017 | 08 07 2017 |
| EH317725263 | 07 26 2017 | 08 09 2017 |
| ACN31330168 | 07 27 2017 | 08 08 2017 |
| EH317726550 | 07 27 2017 | 08 10 2017 |
| ACN31330234 | 07 28 2017 | 08 09 2017 |
| EH317725800 | 07 28 2017 | 08 02 2017 |
| ACN31337114 | 07 29 2017 | 08 09 2017 |
| EKJ00115147 | 07 30 2017 | 08 09 2017 |
| ACN31348434 | 07 31 2017 | 08 10 2017 |
| EH317728119 | 07 31 2017 | 08 14 2017 |
| EH317725743 | 08 04 2017 | 08 11 2017 |
| ACN31344458 | 08 08 2017 | 08 18 2017 |
| EH317725735 | 08 08 2017 | 08 22 2017 |

37.     All other entry documentation, as defined by 19 CFR 142.3(a) for entry ACN31337114 was submitted to U.S. Customs and Border Protection on or before July 19, 2017.

Response:  The United States does not know the circumstances relating to or the date when GL PAPER, LIU, or another agent "submitted" "all other entry documentation, as defined by 19 CFR 142.3(a)."  The Government has been unable to ascertain whether GL PAPER transmitted any data to CBP before July 20, 2017.  The United States also objects to this request because the date this "other entry documentation" was "submitted to U.S. Customs and Border Protection" is not relevant to any issue in this litigation.  Otherwise, denied.

38.     The CF-7501 Customs Entry for entry EKJ00115147 was submitted to U.S. Customs and Border Protection on or before July 19, 2017.

Response:  The United States does not know the circumstances relating to or the date when GL PAPER, LIU, or another agent "submitted" the CF 7501 regarding this entry, and has been unable to ascertain whether GL PAPER transmitted any data to CBP before July 20, 2017. The Government observes that, in the normal course of entry procedures, CFs 3461 and 7501 for each entry would have been filed on or after the release date or date of entry for each entry at issue.  The date of entry for this entry is the date the merchandise was released as recorded in CBP's ACE and is identified in the table below.  The United States also objects to this request because the date CF 7501 was "submitted to U.S. Customs and Border Protection" (CBP) is not relevant to any issue in this litigation.  Otherwise, denied.

| Entry # | Date of Entry on Penalty Notice | Entry Summary Date ACE |
|---|---|---|
| EH317726543 | 07 24 2017 | 08 07 2017 |
| EH317726535 | 07 24 2017 | 08 07 2017 |
| ACN31336017 | 07 26 2017 | 08 07 2017 |
| EH317725263 | 07 26 2017 | 08 09 2017 |
| ACN31330168 | 07 27 2017 | 08 08 2017 |
| EH317726550 | 07 27 2017 | 08 10 2017 |
| ACN31330234 | 07 28 2017 | 08 09 2017 |
| EH317725800 | 07 28 2017 | 08 02 2017 |
| ACN31337114 | 07 29 2017 | 08 09 2017 |
| EKJ00115147 | 07 30 2017 | 08 09 2017 |
| ACN31348434 | 07 31 2017 | 08 10 2017 |
| EH317728119 | 07 31 2017 | 08 14 2017 |
| EH317725743 | 08 04 2017 | 08 11 2017 |
| ACN31344458 | 08 08 2017 | 08 18 2017 |
| EH317725735 | 08 08 2017 | 08 22 2017 |

39.    The Importer Security Filing for entry EKJ00115147 was submitted to U.S. Customs and Border Protection on or before July 19, 2017.

<u>Response</u>:   The United States does not know the circumstances relating to or the date when GL PAPER, LIU, or another agent "submitted" the ISF regarding this entry, and has been unable to ascertain whether GL PAPER transmitted any data to CBP before July 20, 2017.  The Government observes that, in the normal course of entry procedures, CFs 3461 and 7501 for each entry would have been filed on or after the release date or date of entry for each entry at issue.  The date of entry for this entry is the date the merchandise was released as recorded in CBP's ACE and is identified in the table below.  The United States also objects to this request because the date the ISF was "submitted to U.S. Customs and Border Protection" is not relevant to any issue in this litigation.  Otherwise, denied.

| Entry # | Date of Entry on Penalty Notice | Entry Summary Date ACE |
|---------|--------------------------------|------------------------|
| EH317726543 | 07 24 2017 | 08 07 2017 |
| EH317726535 | 07 24 2017 | 08 07 2017 |
| ACN31336017 | 07 26 2017 | 08 07 2017 |
| EH317725263 | 07 26 2017 | 08 09 2017 |
| ACN31330168 | 07 27 2017 | 08 08 2017 |
| EH317726550 | 07 27 2017 | 08 10 2017 |
| ACN31330234 | 07 28 2017 | 08 09 2017 |
| EH317725800 | 07 28 2017 | 08 02 2017 |
| ACN31337114 | 07 29 2017 | 08 09 2017 |
| EKJ00115147 | 07 30 2017 | 08 09 2017 |
| ACN31348434 | 07 31 2017 | 08 10 2017 |
| EH317728119 | 07 31 2017 | 08 14 2017 |
| EH317725743 | 08 04 2017 | 08 11 2017 |
| ACN31344458 | 08 08 2017 | 08 18 2017 |
| EH317725735 | 08 08 2017 | 08 22 2017 |

40.     The Commercial Invoice for entry EKJ00115147 was submitted to U.S.

Customs and Border Protection on or before July 19, 2017.

Response:  The United States does not know the circumstances relating to or the date

when GL PAPER, LIU, or another agent "submitted" the CI regarding this entry, and has been

unable to ascertain whether GL PAPER transmitted any data to CBP before July 20, 2017.  The

date of entry for this entry is the date the merchandise was released as recorded in CBP's ACE

and is identified in the table below.  The United States also objects to this request because the

date the CI was "submitted to U.S. Customs and Border Protection" is not relevant to any issue

in this litigation.  Otherwise, denied.

| Entry # | Date of Entry on Penalty Notice | Entry Summary Date ACE |
|---------|--------------------------------|------------------------|
| EH317726543 | 07 24 2017 | 08 07 2017 |
| EH317726535 | 07 24 2017 | 08 07 2017 |
| ACN31336017 | 07 26 2017 | 08 07 2017 |
| EH317725263 | 07 26 2017 | 08 09 2017 |
| ACN31330168 | 07 27 2017 | 08 08 2017 |
| EH317726550 | 07 27 2017 | 08 10 2017 |
| ACN31330234 | 07 28 2017 | 08 09 2017 |
| EH317725800 | 07 28 2017 | 08 02 2017 |
| ACN31337114 | 07 29 2017 | 08 09 2017 |
| EKJ00115147 | 07 30 2017 | 08 09 2017 |
| ACN31348434 | 07 31 2017 | 08 10 2017 |
| EH317728119 | 07 31 2017 | 08 14 2017 |
| EH317725743 | 08 04 2017 | 08 11 2017 |
| ACN31344458 | 08 08 2017 | 08 18 2017 |
| EH317725735 | 08 08 2017 | 08 22 2017 |

41.     All other entry documentation, as defined by 19 CFR 142.3(a) for entry EKJ00115147 was submitted to U.S. Customs and Border Protection on or before July 19, 2017.

Response:  The United States does not know the circumstances relating to or the date when GL PAPER, LIU, or another agent "submitted" "all other entry documentation, as defined by 19 CFR 142.3(a)."  The Government has been unable to ascertain whether GL PAPER transmitted any data to CBP before July 20, 2017.  The United States also objects to this request because the date this "other entry documentation" was "submitted to U.S. Customs and Border Protection" is not relevant to any issue in this litigation.  Otherwise, denied.

42.     The CF-7501 Customs Entry for entry EKJ00115147 was submitted to U.S. Customs and Border Protection on or before July 19, 2017.

Response:  The United States does not know the circumstances relating to or the date when GL PAPER, LIU, or another agent "submitted" the CF 7501 regarding this entry, and has been unable to ascertain whether GL PAPER transmitted any data to CBP before July 20, 2017. The Government observes that, in the normal course of entry procedures, CFs 3461 and 7501 for each entry would have been filed on or after the release date or date of entry for each entry at issue.  The date of entry for this entry is the date the merchandise was released as recorded in CBP's ACE and is identified in the table below.  The United States also objects to this request because the date CF 7501 was "submitted to U.S. Customs and Border Protection" (CBP) is not relevant to any issue in this litigation.  Otherwise, denied.

| Entry # | Date of Entry on Penalty Notice | Entry Summary Date ACE |
|---|---|---|
| EH317726543 | 07 24 2017 | 08 07 2017 |
| EH317726535 | 07 24 2017 | 08 07 2017 |
| ACN31336017 | 07 26 2017 | 08 07 2017 |
| EH317725263 | 07 26 2017 | 08 09 2017 |
| ACN31330168 | 07 27 2017 | 08 08 2017 |
| EH317726550 | 07 27 2017 | 08 10 2017 |
| ACN31330234 | 07 28 2017 | 08 09 2017 |
| EH317725800 | 07 28 2017 | 08 02 2017 |
| ACN31337114 | 07 29 2017 | 08 09 2017 |
| EKJ00115147 | 07 30 2017 | 08 09 2017 |
| ACN31348434 | 07 31 2017 | 08 10 2017 |
| EH317728119 | 07 31 2017 | 08 14 2017 |
| EH317725743 | 08 04 2017 | 08 11 2017 |
| ACN31344458 | 08 08 2017 | 08 18 2017 |
| EH317725735 | 08 08 2017 | 08 22 2017 |

43.   The Importer Security Filing for entry ACN31348434 was submitted to U.S. Customs and Border Protection on or before July 19, 2017.

Response:   The United States does not know the circumstances relating to or the date when GL PAPER, LIU, or another agent "submitted" the ISF regarding this entry, and has been unable to ascertain whether GL PAPER transmitted any data to CBP before July 20, 2017.  The Government observes that, in the normal course of entry procedures, CFs 3461 and 7501 for each entry would have been filed on or after the release date or date of entry for each entry at issue.  The date of entry for this entry is the date the merchandise was released as recorded in CBP's ACE and is identified in the table below.  The United States also objects to this request because the date the ISF was "submitted to U.S. Customs and Border Protection" is not relevant to any issue in this litigation.  Otherwise, denied.

| Entry # | Date of Entry on Penalty Notice | Entry Summary Date ACE |
|---|---|---|
| EH317726543 | 07 24 2017 | 08 07 2017 |
| EH317726535 | 07 24 2017 | 08 07 2017 |
| ACN31336017 | 07 26 2017 | 08 07 2017 |
| EH317725263 | 07 26 2017 | 08 09 2017 |
| ACN31330168 | 07 27 2017 | 08 08 2017 |
| EH317726550 | 07 27 2017 | 08 10 2017 |
| ACN31330234 | 07 28 2017 | 08 09 2017 |
| EH317725800 | 07 28 2017 | 08 02 2017 |
| ACN31337114 | 07 29 2017 | 08 09 2017 |
| EKJ00115147 | 07 30 2017 | 08 09 2017 |
| ACN31348434 | 07 31 2017 | 08 10 2017 |
| EH317728119 | 07 31 2017 | 08 14 2017 |
| EH317725743 | 08 04 2017 | 08 11 2017 |
| ACN31344458 | 08 08 2017 | 08 18 2017 |
| EH317725735 | 08 08 2017 | 08 22 2017 |

44.     The Commercial Invoice for entry ACN31348434 was submitted to U.S.

Customs and Border Protection on or before July 19, 2017.

<u>Response</u>:  The United States does not know the circumstances relating to or the date

when GL PAPER, LIU, or another agent "submitted" the CI regarding this entry, and has been

unable to ascertain whether GL PAPER transmitted any data to CBP before July 20, 2017.  The

date of entry for this entry is the date the merchandise was released as recorded in CBP's ACE

and is identified in the table below.  The United States also objects to this request because the

date the CI was "submitted to U.S. Customs and Border Protection" is not relevant to any issue

in this litigation.  Otherwise, denied.

| Entry # | Date of Entry on Penalty Notice | Entry Summary Date ACE |
|---|---|---|
| EH317726543 | 07 24 2017 | 08 07 2017 |
| EH317726535 | 07 24 2017 | 08 07 2017 |
| ACN31336017 | 07 26 2017 | 08 07 2017 |
| EH317725263 | 07 26 2017 | 08 09 2017 |
| ACN31330168 | 07 27 2017 | 08 08 2017 |
| EH317726550 | 07 27 2017 | 08 10 2017 |
| ACN31330234 | 07 28 2017 | 08 09 2017 |
| EH317725800 | 07 28 2017 | 08 02 2017 |
| ACN31337114 | 07 29 2017 | 08 09 2017 |
| EKJ00115147 | 07 30 2017 | 08 09 2017 |
| ACN31348434 | 07 31 2017 | 08 10 2017 |
| EH317728119 | 07 31 2017 | 08 14 2017 |
| EH317725743 | 08 04 2017 | 08 11 2017 |
| ACN31344458 | 08 08 2017 | 08 18 2017 |
| EH317725735 | 08 08 2017 | 08 22 2017 |

45.     All other entry documentation, as defined by 19 CFR 142.3(a) for entry ACN31348434 was submitted to U.S. Customs and Border Protection on or before July 19, 2017.

Response:  The United States does not know the circumstances relating to or the date when GL PAPER, LIU, or another agent "submitted" "all other entry documentation, as defined by 19 CFR 142.3(a)."  The Government has been unable to ascertain whether GL PAPER transmitted any data to CBP before July 20, 2017.  The United States also objects to this request because the date this "other entry documentation" was "submitted to U.S. Customs and Border Protection" is not relevant to any issue in this litigation.  Otherwise, denied.

46.     The CF-7501 Customs Entry for entry EH317728119 was submitted to U.S. Customs and Border Protection on or before July 19, 2017.

Response:  The United States does not know the circumstances relating to or the date when GL PAPER, LIU, or another agent "submitted" the CF 7501 regarding this entry, and has been unable to ascertain whether GL PAPER transmitted any data to CBP before July 20, 2017. The Government observes that, in the normal course of entry procedures, CFs 3461 and 7501 for each entry would have been filed on or after the release date or date of entry for each entry at issue.  The date of entry for this entry is the date the merchandise was released as recorded in CBP's ACE and is identified in the table below.  The United States also objects to this request because the date CF 7501 was "submitted to U.S. Customs and Border Protection" (CBP) is not relevant to any issue in this litigation.  Otherwise, denied.

| Entry # | Date of Entry on Penalty Notice | Entry Summary Date ACE |
|---|---|---|
| EH317726543 | 07 24 2017 | 08 07 2017 |
| EH317726535 | 07 24 2017 | 08 07 2017 |
| ACN31336017 | 07 26 2017 | 08 07 2017 |
| EH317725263 | 07 26 2017 | 08 09 2017 |
| ACN31330168 | 07 27 2017 | 08 08 2017 |
| EH317726550 | 07 27 2017 | 08 10 2017 |
| ACN31330234 | 07 28 2017 | 08 09 2017 |
| EH317725800 | 07 28 2017 | 08 02 2017 |
| ACN31337114 | 07 29 2017 | 08 09 2017 |
| EKJ00115147 | 07 30 2017 | 08 09 2017 |
| ACN31348434 | 07 31 2017 | 08 10 2017 |
| EH317728119 | 07 31 2017 | 08 14 2017 |
| EH317725743 | 08 04 2017 | 08 11 2017 |
| ACN31344458 | 08 08 2017 | 08 18 2017 |
| EH317725735 | 08 08 2017 | 08 22 2017 |

47.    The Importer Security Filing for entry EH317728119 was submitted to U.S.

Customs and Border Protection on or before July 19, 2017.

Response:   The United States does not know the circumstances relating to or the date

when GL PAPER, LIU, or another agent "submitted" the ISF regarding this entry, and has been

unable to ascertain whether GL PAPER transmitted any data to CBP before July 20, 2017.  The

Government observes that, in the normal course of entry procedures, CFs 3461 and 7501 for

each entry would have been filed on or after the release date or date of entry for each entry at

issue.  The date of entry for this entry is the date the merchandise was released as recorded in

CBP's ACE and is identified in the table below.  The United States also objects to this request

because the date the ISF was "submitted to U.S. Customs and Border Protection" is not relevant

to any issue in this litigation.  Otherwise, denied.

| Entry # | Date of Entry on Penalty Notice | Entry Summary Date ACE |
|---------|---------------------------------|------------------------|
| EH317726543 | 07 24 2017 | 08 07 2017 |
| EH317726535 | 07 24 2017 | 08 07 2017 |
| ACN31336017 | 07 26 2017 | 08 07 2017 |
| EH317725263 | 07 26 2017 | 08 09 2017 |
| ACN31330168 | 07 27 2017 | 08 08 2017 |
| EH317726550 | 07 27 2017 | 08 10 2017 |
| ACN31330234 | 07 28 2017 | 08 09 2017 |
| EH317725800 | 07 28 2017 | 08 02 2017 |
| ACN31337114 | 07 29 2017 | 08 09 2017 |
| EKJ00115147 | 07 30 2017 | 08 09 2017 |
| ACN31348434 | 07 31 2017 | 08 10 2017 |
| EH317728119 | 07 31 2017 | 08 14 2017 |
| EH317725743 | 08 04 2017 | 08 11 2017 |
| ACN31344458 | 08 08 2017 | 08 18 2017 |
| EH317725735 | 08 08 2017 | 08 22 2017 |

48.     The Commercial Invoice for entry EH317728119 was submitted to U.S.

Customs and Border Protection on or before July 19, 2017.

Response:  The United States does not know the circumstances relating to or the date

when GL PAPER, LIU, or another agent "submitted" the CI regarding this entry, and has been

unable to ascertain whether GL PAPER transmitted any data to CBP before July 20, 2017.  The

date of entry for this entry is the date the merchandise was released as recorded in CBP's ACE

and is identified in the table below.  The United States also objects to this request because the

date the CI was "submitted to U.S. Customs and Border Protection" is not relevant to any issue

in this litigation.  Otherwise, denied.

| Entry # | Date of Entry on Penalty Notice | Entry Summary Date ACE |
|---------|---------------------------------|------------------------|
| EH317726543 | 07 24 2017 | 08 07 2017 |
| EH317726535 | 07 24 2017 | 08 07 2017 |
| ACN31336017 | 07 26 2017 | 08 07 2017 |
| EH317725263 | 07 26 2017 | 08 09 2017 |
| ACN31330168 | 07 27 2017 | 08 08 2017 |
| EH317726550 | 07 27 2017 | 08 10 2017 |
| ACN31330234 | 07 28 2017 | 08 09 2017 |
| EH317725800 | 07 28 2017 | 08 02 2017 |
| ACN31337114 | 07 29 2017 | 08 09 2017 |
| EKJ00115147 | 07 30 2017 | 08 09 2017 |
| ACN31348434 | 07 31 2017 | 08 10 2017 |
| EH317728119 | 07 31 2017 | 08 14 2017 |
| EH317725743 | 08 04 2017 | 08 11 2017 |
| ACN31344458 | 08 08 2017 | 08 18 2017 |
| EH317725735 | 08 08 2017 | 08 22 2017 |

49.     All other entry documentation, as defined by 19 CFR 142.3(a) for entry EH317728119 was submitted to U.S. Customs and Border Protection on or before July 19, 2017.

Response:  The United States does not know the circumstances relating to or the date when GL PAPER, LIU, or another agent "submitted" "all other entry documentation, as defined by 19 CFR 142.3(a)."  The Government has been unable to ascertain whether GL PAPER transmitted any data to CBP before July 20, 2017.  The United States also objects to this request because the date this "other entry documentation" was "submitted to U.S. Customs and Border Protection" is not relevant to any issue in this litigation.  Otherwise, denied.

2aa916c8ad241919

50.     The CF-7501 Customs Entry for entry EH317725743 was submitted to U.S. Customs and Border Protection on or before July 19, 2017.

<u>Response</u>:  The United States does not know the circumstances relating to or the date when GL PAPER, LIU, or another agent "submitted" the CF 7501 regarding this entry, and has been unable to ascertain whether GL PAPER transmitted any data to CBP before July 20, 2017. The Government observes that, in the normal course of entry procedures, CFs 3461 and 7501 for each entry would have been filed on or after the release date or date of entry for each entry at issue.  The date of entry for this entry is the date the merchandise was released as recorded in CBP's ACE and is identified in the table below.  The United States also objects to this request because the date CF 7501 was "submitted to U.S. Customs and Border Protection" (CBP) is not relevant to any issue in this litigation.  Otherwise, denied.

| Entry # | Date of Entry on Penalty Notice | Entry Summary Date ACE |
|---|---|---|
| EH317726543 | 07 24 2017 | 08 07 2017 |
| EH317726535 | 07 24 2017 | 08 07 2017 |
| ACN31336017 | 07 26 2017 | 08 07 2017 |
| EH317725263 | 07 26 2017 | 08 09 2017 |
| ACN31330168 | 07 27 2017 | 08 08 2017 |
| EH317726550 | 07 27 2017 | 08 10 2017 |
| ACN31330234 | 07 28 2017 | 08 09 2017 |
| EH317725800 | 07 28 2017 | 08 02 2017 |
| ACN31337114 | 07 29 2017 | 08 09 2017 |
| EKJ00115147 | 07 30 2017 | 08 09 2017 |
| ACN31348434 | 07 31 2017 | 08 10 2017 |
| EH317728119 | 07 31 2017 | 08 14 2017 |
| EH317725743 | 08 04 2017 | 08 11 2017 |
| ACN31344458 | 08 08 2017 | 08 18 2017 |
| EH317725735 | 08 08 2017 | 08 22 2017 |

51.    The Importer Security Filing for entry EH317725743 was submitted to U.S. Customs and Border Protection on or before July 19, 2017.

Response:    The United States does not know the circumstances relating to or the date when GL PAPER, LIU, or another agent "submitted" the ISF regarding this entry, and has been unable to ascertain whether GL PAPER transmitted any data to CBP before July 20, 2017.  The Government observes that, in the normal course of entry procedures, CFs 3461 and 7501 for each entry would have been filed on or after the release date or date of entry for each entry at issue.  The date of entry for this entry is the date the merchandise was released as recorded in CBP's ACE and is identified in the table below.  The United States also objects to this request because the date the ISF was "submitted to U.S. Customs and Border Protection" is not relevant to any issue in this litigation.  Otherwise, denied.

| Entry # | Date of Entry on Penalty Notice | Entry Summary Date ACE |
|---|---|---|
| EH317726543 | 07 24 2017 | 08 07 2017 |
| EH317726535 | 07 24 2017 | 08 07 2017 |
| ACN31336017 | 07 26 2017 | 08 07 2017 |
| EH317725263 | 07 26 2017 | 08 09 2017 |
| ACN31330168 | 07 27 2017 | 08 08 2017 |
| EH317726550 | 07 27 2017 | 08 10 2017 |
| ACN31330234 | 07 28 2017 | 08 09 2017 |
| EH317725800 | 07 28 2017 | 08 02 2017 |
| ACN31337114 | 07 29 2017 | 08 09 2017 |
| EKJ00115147 | 07 30 2017 | 08 09 2017 |
| ACN31348434 | 07 31 2017 | 08 10 2017 |
| EH317728119 | 07 31 2017 | 08 14 2017 |
| EH317725743 | 08 04 2017 | 08 11 2017 |
| ACN31344458 | 08 08 2017 | 08 18 2017 |
| EH317725735 | 08 08 2017 | 08 22 2017 |

52.     The Commercial Invoice for entry EH317725743 was submitted to U.S.

Customs and Border Protection on or before July 19, 2017.

<u>Response</u>:  The United States does not know the circumstances relating to or the date

when GL PAPER, LIU, or another agent "submitted" the CI regarding this entry, and has been

unable to ascertain whether GL PAPER transmitted any data to CBP before July 20, 2017.  The

date of entry for this entry is the date the merchandise was released as recorded in CBP's ACE

and is identified in the table below.  The United States also objects to this request because the

date the CI was "submitted to U.S. Customs and Border Protection" is not relevant to any issue

in this litigation.  Otherwise, denied.

| Entry # | Date of Entry on Penalty Notice | Entry Summary Date ACE |
|---|---|---|
| EH317726543 | 07 24 2017 | 08 07 2017 |
| EH317726535 | 07 24 2017 | 08 07 2017 |
| ACN31336017 | 07 26 2017 | 08 07 2017 |
| EH317725263 | 07 26 2017 | 08 09 2017 |
| ACN31330168 | 07 27 2017 | 08 08 2017 |
| EH317726550 | 07 27 2017 | 08 10 2017 |
| ACN31330234 | 07 28 2017 | 08 09 2017 |
| EH317725800 | 07 28 2017 | 08 02 2017 |
| ACN31337114 | 07 29 2017 | 08 09 2017 |
| EKJ00115147 | 07 30 2017 | 08 09 2017 |
| ACN31348434 | 07 31 2017 | 08 10 2017 |
| EH317728119 | 07 31 2017 | 08 14 2017 |
| EH317725743 | 08 04 2017 | 08 11 2017 |
| ACN31344458 | 08 08 2017 | 08 18 2017 |
| EH317725735 | 08 08 2017 | 08 22 2017 |

53.    All other entry documentation, as defined by 19 CFR 142.3(a) for entry EH317725743 was submitted to U.S. Customs and Border Protection on or before July 19, 2017.

Response:  The United States does not know the circumstances relating to or the date when GL PAPER, LIU, or another agent "submitted" "all other entry documentation, as defined by 19 CFR 142.3(a)."  The Government has been unable to ascertain whether GL PAPER transmitted any data to CBP before July 20, 2017.  The United States also objects to this request because the date this "other entry documentation" was "submitted to U.S. Customs and Border Protection" is not relevant to any issue in this litigation.  Otherwise, denied.

54.     The CF-7501 Customs Entry for entry ACN31344458 was submitted to U.S. Customs and Border Protection on or before July 19, 2017.

Response:  The United States does not know the circumstances relating to or the date when GL PAPER, LIU, or another agent "submitted" the CF 7501 regarding this entry, and has been unable to ascertain whether GL PAPER transmitted any data to CBP before July 20, 2017. The Government observes that, in the normal course of entry procedures, CFs 3461 and 7501 for each entry would have been filed on or after the release date or date of entry for each entry at issue.  The date of entry for this entry is the date the merchandise was released as recorded in CBP's ACE and is identified in the table below.  The United States also objects to this request because the date CF 7501 was "submitted to U.S. Customs and Border Protection" (CBP) is not relevant to any issue in this litigation.  Otherwise, denied.

| Entry # | Date of Entry on Penalty Notice | Entry Summary Date ACE |
|---|---|---|
| EH317726543 | 07 24 2017 | 08 07 2017 |
| EH317726535 | 07 24 2017 | 08 07 2017 |
| ACN31336017 | 07 26 2017 | 08 07 2017 |
| EH317725263 | 07 26 2017 | 08 09 2017 |
| ACN31330168 | 07 27 2017 | 08 08 2017 |
| EH317726550 | 07 27 2017 | 08 10 2017 |
| ACN31330234 | 07 28 2017 | 08 09 2017 |
| EH317725800 | 07 28 2017 | 08 02 2017 |
| ACN31337114 | 07 29 2017 | 08 09 2017 |
| EKJ00115147 | 07 30 2017 | 08 09 2017 |
| ACN31348434 | 07 31 2017 | 08 10 2017 |
| EH317728119 | 07 31 2017 | 08 14 2017 |
| EH317725743 | 08 04 2017 | 08 11 2017 |
| ACN31344458 | 08 08 2017 | 08 18 2017 |
| EH317725735 | 08 08 2017 | 08 22 2017 |

55. The Importer Security Filing for entry ACN31344458 was submitted to U.S. Customs and Border Protection on or before July 19, 2017.

<u>Response</u>:   The United States does not know the circumstances relating to or the date when GL PAPER, LIU, or another agent "submitted" the ISF regarding this entry, and has been unable to ascertain whether GL PAPER transmitted any data to CBP before July 20, 2017.  The Government observes that, in the normal course of entry procedures, CFs 3461 and 7501 for each entry would have been filed on or after the release date or date of entry for each entry at issue.  The date of entry for this entry is the date the merchandise was released as recorded in CBP's ACE and is identified in the table below.  The United States also objects to this request because the date the ISF was "submitted to U.S. Customs and Border Protection" is not relevant to any issue in this litigation.  Otherwise, denied.

| Entry # | Date of Entry on Penalty Notice | Entry Summary Date ACE |
|---|---|---|
| EH317726543 | 07 24 2017 | 08 07 2017 |
| EH317726535 | 07 24 2017 | 08 07 2017 |
| ACN31336017 | 07 26 2017 | 08 07 2017 |
| EH317725263 | 07 26 2017 | 08 09 2017 |
| ACN31330168 | 07 27 2017 | 08 08 2017 |
| EH317726550 | 07 27 2017 | 08 10 2017 |
| ACN31330234 | 07 28 2017 | 08 09 2017 |
| EH317725800 | 07 28 2017 | 08 02 2017 |
| ACN31337114 | 07 29 2017 | 08 09 2017 |
| EKJ00115147 | 07 30 2017 | 08 09 2017 |
| ACN31348434 | 07 31 2017 | 08 10 2017 |
| EH317728119 | 07 31 2017 | 08 14 2017 |
| EH317725743 | 08 04 2017 | 08 11 2017 |
| ACN31344458 | 08 08 2017 | 08 18 2017 |
| EH317725735 | 08 08 2017 | 08 22 2017 |

56.     The Commercial Invoice for entry ACN31344458 was submitted to U.S.

Customs and Border Protection on or before July 19, 2017.

<u>Response</u>:  The United States does not know the circumstances relating to or the date

when GL PAPER, LIU, or another agent "submitted" the CI regarding this entry, and has been

unable to ascertain whether GL PAPER transmitted any data to CBP before July 20, 2017.  The

date of entry for this entry is the date the merchandise was released as recorded in CBP's ACE

and is identified in the table below.  The United States also objects to this request because the

date the CI was "submitted to U.S. Customs and Border Protection" is not relevant to any issue

in this litigation.  Otherwise, denied.

| Entry # | Date of Entry on Penalty Notice | Entry Summary Date ACE |
|---|---|---|
| EH317726543 | 07 24 2017 | 08 07 2017 |
| EH317726535 | 07 24 2017 | 08 07 2017 |
| ACN31336017 | 07 26 2017 | 08 07 2017 |
| EH317725263 | 07 26 2017 | 08 09 2017 |
| ACN31330168 | 07 27 2017 | 08 08 2017 |
| EH317726550 | 07 27 2017 | 08 10 2017 |
| ACN31330234 | 07 28 2017 | 08 09 2017 |
| EH317725800 | 07 28 2017 | 08 02 2017 |
| ACN31337114 | 07 29 2017 | 08 09 2017 |
| EKJ00115147 | 07 30 2017 | 08 09 2017 |
| ACN31348434 | 07 31 2017 | 08 10 2017 |
| EH317728119 | 07 31 2017 | 08 14 2017 |
| EH317725743 | 08 04 2017 | 08 11 2017 |
| ACN31344458 | 08 08 2017 | 08 18 2017 |
| EH317725735 | 08 08 2017 | 08 22 2017 |

57.    All other entry documentation, as defined by 19 CFR 142.3(a) for entry ACN31344458 was submitted to U.S. Customs and Border Protection on or before July 19, 2017.

Response:  The United States does not know the circumstances relating to or the date when GL PAPER, LIU, or another agent "submitted" "all other entry documentation, as defined by 19 CFR 142.3(a)."  The Government has been unable to ascertain whether GL PAPER transmitted any data to CBP before July 20, 2017.  The United States also objects to this request because the date this "other entry documentation" was "submitted to U.S. Customs and Border Protection" is not relevant to any issue in this litigation.  Otherwise, denied.

58.     The CF-7501 Customs Entry for entry ACN31344458 was submitted to U.S.

Customs and Border Protection on or before July 19, 2017.

Response:  This request duplicates request 54.

59.   The Importer Security Filing for entry ACN31344458 was submitted to U.S.

Customs and Border Protection on or before July 19, 2017.

Response:   This request duplicates request 55.

60.    The Commercial Invoice for entry ACN31344458 was submitted to U.S.

Customs and Border Protection on or before July 19, 2017.

Response:   This request duplicates request 56.

61.     The Commercial Invoice for entry ACN31344458 was submitted to U.S.

Customs and Border Protection on or before July 19, 2017.

Response:   This request duplicates request 57.

62.    The CF-7501 Customs Entry for entry EH317725735 was submitted to U.S. Customs and Border Protection on or before July 19, 2017.

Response:  The United States does not know the circumstances relating to or the date when GL PAPER, LIU, or another agent "submitted" the CF 7501 regarding this entry, and has been unable to ascertain whether GL PAPER transmitted any data to CBP before July 20, 2017. The Government observes that, in the normal course of entry procedures, CFs 3461 and 7501 for each entry would have been filed on or after the release date or date of entry for each entry at issue.  The date of entry for this entry is the date the merchandise was released as recorded in CBP's ACE and is identified in the table below.  The United States also objects to this request because the date CF 7501 was "submitted to U.S. Customs and Border Protection" (CBP) is not relevant to any issue in this litigation.  Otherwise, denied.

| Entry # | Date of Entry on Penalty Notice | Entry Summary Date ACE |
|---|---|---|
| EH317726543 | 07 24 2017 | 08 07 2017 |
| EH317726535 | 07 24 2017 | 08 07 2017 |
| ACN31336017 | 07 26 2017 | 08 07 2017 |
| EH317725263 | 07 26 2017 | 08 09 2017 |
| ACN31330168 | 07 27 2017 | 08 08 2017 |
| EH317726550 | 07 27 2017 | 08 10 2017 |
| ACN31330234 | 07 28 2017 | 08 09 2017 |
| EH317725800 | 07 28 2017 | 08 02 2017 |
| ACN31337114 | 07 29 2017 | 08 09 2017 |
| EKJ00115147 | 07 30 2017 | 08 09 2017 |
| ACN31348434 | 07 31 2017 | 08 10 2017 |
| EH317728119 | 07 31 2017 | 08 14 2017 |
| EH317725743 | 08 04 2017 | 08 11 2017 |
| ACN31344458 | 08 08 2017 | 08 18 2017 |
| EH317725735 | 08 08 2017 | 08 22 2017 |

63.    The Importer Security Filing for entry EH317725735 was submitted to U.S. Customs and Border Protection on or before July 19, 2017.

Response:    The United States does not know the circumstances relating to or the date when GL PAPER, LIU, or another agent "submitted" the ISF regarding this entry, and has been unable to ascertain whether GL PAPER transmitted any data to CBP before July 20, 2017.  The Government observes that, in the normal course of entry procedures, CFs 3461 and 7501 for each entry would have been filed on or after the release date or date of entry for each entry at issue.  The date of entry for this entry is the date the merchandise was released as recorded in CBP's ACE and is identified in the table below.  The United States also objects to this request because the date the ISF was "submitted to U.S. Customs and Border Protection" is not relevant to any issue in this litigation.  Otherwise, denied.

| Entry # | Date of Entry on Penalty Notice | Entry Summary Date ACE |
|---|---|---|
| EH317726543 | 07 24 2017 | 08 07 2017 |
| EH317726535 | 07 24 2017 | 08 07 2017 |
| ACN31336017 | 07 26 2017 | 08 07 2017 |
| EH317725263 | 07 26 2017 | 08 09 2017 |
| ACN31330168 | 07 27 2017 | 08 08 2017 |
| EH317726550 | 07 27 2017 | 08 10 2017 |
| ACN31330234 | 07 28 2017 | 08 09 2017 |
| EH317725800 | 07 28 2017 | 08 02 2017 |
| ACN31337114 | 07 29 2017 | 08 09 2017 |
| EKJ00115147 | 07 30 2017 | 08 09 2017 |
| ACN31348434 | 07 31 2017 | 08 10 2017 |
| EH317728119 | 07 31 2017 | 08 14 2017 |
| EH317725743 | 08 04 2017 | 08 11 2017 |
| ACN31344458 | 08 08 2017 | 08 18 2017 |
| EH317725735 | 08 08 2017 | 08 22 2017 |

64.     The Commercial Invoice for entry EH317725735 was submitted to U.S.

Customs and Border Protection on or before July 19, 2017.

Response:  The United States does not know the circumstances relating to or the date

when GL PAPER, LIU, or another agent "submitted" the CI regarding this entry, and has been

unable to ascertain whether GL PAPER transmitted any data to CBP before July 20, 2017.  The

date of entry for this entry is the date the merchandise was released as recorded in CBP's ACE

and is identified in the table below.  The United States also objects to this request because the

date the CI was "submitted to U.S. Customs and Border Protection" is not relevant to any issue

in this litigation.  Otherwise, denied.

| Entry # | Date of Entry on Penalty Notice | Entry Summary Date ACE |
|---|---|---|
| EH317726543 | 07 24 2017 | 08 07 2017 |
| EH317726535 | 07 24 2017 | 08 07 2017 |
| ACN31336017 | 07 26 2017 | 08 07 2017 |
| EH317725263 | 07 26 2017 | 08 09 2017 |
| ACN31330168 | 07 27 2017 | 08 08 2017 |
| EH317726550 | 07 27 2017 | 08 10 2017 |
| ACN31330234 | 07 28 2017 | 08 09 2017 |
| EH317725800 | 07 28 2017 | 08 02 2017 |
| ACN31337114 | 07 29 2017 | 08 09 2017 |
| EKJ00115147 | 07 30 2017 | 08 09 2017 |
| ACN31348434 | 07 31 2017 | 08 10 2017 |
| EH317728119 | 07 31 2017 | 08 14 2017 |
| EH317725743 | 08 04 2017 | 08 11 2017 |
| ACN31344458 | 08 08 2017 | 08 18 2017 |
| EH317725735 | 08 08 2017 | 08 22 2017 |

65.    All other entry documentation, as defined by 19 CFR 142.3(a) for entry EH317725735 was submitted to U.S. Customs and Border Protection on or before July 19, 2017.

Response:  The United States does not know the circumstances relating to or the date when GL PAPER, LIU, or another agent "submitted" "all other entry documentation, as defined by 19 CFR 142.3(a)."  The Government has been unable to ascertain whether GL PAPER transmitted any data to CBP before July 20, 2017.  The United States also objects to this request because the date this "other entry documentation" was "submitted to U.S. Customs and Border Protection" is not relevant to any issue in this litigation.  Otherwise, denied.

66.    Zhe "John" Liu's name does not appear on any CF-7501s for the entries the subject of this matter.

Response:  The Government acknowledges that Liu caused the submission of CF-7501s to the Government on behalf of GL PAPER that do not include his name in an effort to conceal his involvement in the scheme.

67.    Zhe "John" Liu's name does not appear on any importer security filings for the entries the subject of this matter.

<u>Response</u>:  The Government acknowledges that Liu caused the submission of importer security filings to the Government on behalf of GL PAPER that do not include his name in an effort to conceal his involvement in the scheme.

68.    Zhe "John" Liu's name does not appear on any Commercial Invoices for the entries the subject of this matter.

<u>Response</u>:  The Government acknowledges that Liu caused the submission of commercial invoices to the Government on behalf of GL PAPER that do not include his name in an effort to conceal his involvement in the scheme.

69.    Zhe "John" Liu's name does not appear on any other entry documentation, as defined by 19 CFR 142.3(a) CF-7501 for the entries the subject of this matter.

<u>Response</u>:  The Government admits that Liu caused the submission of entry documentation as defined by 19 CFR 142.3(a) CF-7501 on behalf of GL PAPER that do not include his name, in an effort to conceal his involvement in the scheme.

70.      CBP has no evidence that Zhe "John" Liu is an owner of Co-defendant GL Paper.

<u>Response</u>:  Denied.

71.     CBP has no evidence that Zhe "John" Liu is an officer of Co-

defendant GL Paper.

<u>Response</u>:  Denied.

72.     CBP has no evidence that Zhe "John" Liu is an employee of Co-defendant GL Paper.

Response:  Denied.

73.     CBP has no evidence that Zhe "John" Liu issued written instructions to GL Paper with respect to the importation of goods on or after July 19, 2017.

Response:  The United States objects to this request because it is ambiguous and misleading, because (1) GL Paper was an alter ego of Liu; (2) Liu personally caused the importation of goods by GL Paper; and accordingly, (3) no written instructions would be involved in Liu's direction to a company serving has his alter ego.  Otherwise, denied.

74.     CBP has no evidence that Zhe "John" Liu issued oral instructions to GL Paper with respect to the importation of goods on or after July 19, 2017.

<u>Response</u>:  The United States objects to this request as ambiguous and misleading, because (1) GL Paper was an alter ego of Liu; (2) Liu personally caused the importation of goods by GL Paper; and accordingly, (3) no "oral instructions" would be involved in Liu's direction to a company serving has his alter ego.  The United States acknowledges that Liu caused GL Paper to introduce the steel wire hangers at issue, but, at this stage, is unaware of whether Liu's direction of the importation of goods was effected by "oral instructions."   Otherwise, denied.

75.    CBP did not allege gross negligence or fraud at the Administrative Level.

<u>Response</u>:   The United States objects because "the Administrative Level" is ambiguous. The United States acknowledges that, with respect to Liu's direction of the scheme carried out through GL Paper, the penalty levied against Liu did not allege that Liu violated section 1592 of Title 19 by gross negligence or fraud.

*/s/ William Kanellis*
WILLIAM KANELLIS
U.S. Department of Justice
Civil Division
Commercial Litigation Branch
1100 L Street, NW, Suite 10000
Washington, D.C.  20009
202 532 5749

Attorney for Plaintiff

January 19, 2022