## UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| **UNITED STATES,** | |
| Plaintiff, | |
| v. | Before: Jane A. Restani, Judge |
| **ZHE "JOHN" LIU, GL PAPER DISTRIBUTION, LLC,** | Court No. 22-00215 |
| Defendants, | |

## ORDER

Upon consideration of the motion to compel filed by the defendant Zhe "John" Liu ("Liu") and the response filed by the plaintiff ("Government"), the court rules as follows:

Pursuant to USCIT R. 34(b)(2)(A), parties must respond to document requests "within 30 days after being served."  The Government shall fully respond to Liu's request for production of December 22, 2022, within 21 days of the date of this order.

Regarding the second request for admission of December 20, 2022, the Government shall, within 21 days of the date of this order, provide a direct response to admission numbers 1–65.  If admission or denial is not possible, the Government shall indicate that a diligent search was made and explain in detail how the ACE system does not record the date on which information is submitted to CBP.  The court deems responses for admission numbers 66–69 admitted.  The remainder of the Government's responses are argument.  The responses for admission numbers 70–72 are consistent with USCIT R. 36 and the motion is denied with respect to those requests.

Court No. 22-00215                                                              Page 2

The scheduling order is hereby modified and the date for completion of discovery is changed from March 17, 2023, to May 15, 2023.

**SO ORDERED.**

_____
Jane A. Restani, Judge

Dated: March 10, 2023
New York, New York