IN THE UNITED STATES COURT OF INTERNATIONAL TRADE

BEFORE:   THE HONORABLE JANE A. RESTANI, SENIOR JUDGE

| | | |
|---|---|---|
| UNITED STATES, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) ) ) | Court No. 22-215 |
| ZHE "JOHN" LIU, and GL PAPER DISTRIBUTION, LLC, | ) ) ) ) | |
| Defendants. | ) | |

**PLAINTIFF'S MOTION FOR LEAVE TO FILE AN AMENDED COMPLAINT**

Pursuant to Rule 15(a)(2) of the Rules of the United States Court of International Trade (USCIT R.), plaintiff, the United States, respectfully requests leave to file an amended complaint in the extant action and add AB MA DISTRIBUTION CORPORATION (AB MA) as a defendant because, "justice so requires." USCIT R. 15(a)(2). Adding AB MA as a defendant is appropriate because AB MA is a shell company through which defendant Zhe "John" Liu continued an illegal transshipment scheme to avoid paying duties on steel wire hangers from the People's Republic of China (PRC) – the conduct at the center of the original complaint. AB MA is added only now because the administrative penalty process against AB MA, which precedes filing a complaint in section 1592 action, has now been perfected. The proposed Amended Complaint and its Exhibits A and B are attached.

With respect to amending a complaint, USCIT R. 15(a)(2) provides that, "[t]he court should freely give leave when justice so requires," representing a public policy strongly in favor of amendments. *See* Fed. R. Civ. P. 15(a)(2); *Chodos v. West Publishing Co.*, 292 F.3d 992, 1003 (9th Cir. 2002) ("It is generally our policy to permit amendment with 'extreme liberality'"). Conversely, "[a] district court's discretion to deny leave to amend a complaint is 'severely restricted' by Fed. R. Civ. P. 15[.]" *Woldeab v. Dekalb Cnty. Bd. Of Educ.*, 885 F.3d 1289, 1291

(11th Cir. 2018) (quoting *Thomas v. Town of Davie*, 847 F.2d 771, 773 (11th Cir. 1988)). Thus, a motion for leave to amend will ordinarily be granted unless the motion "is made in bad faith, will cause prejudice to the opposing party, or is a dilatory tactic." *Chodos*, 292 F.3d at 1003; *McCollum v. NJ Div. of Motor Vehicle*, 2012 WL 6185647, at *7 (D. MD. 2012). "Generally, the court engages in this analysis with all inferences in favor of granting the motion." *Griggs v. Pace Am. Group, Inc.*, 170 F.3d 877, 880 (9th Cir. 1999).

In this case, the amended complaint alleges that AB MA is one of a cortege of shell companies that Mr. Liu operated to illegally import steel wire hangers into the United States. The amended complaint alleges that Mr. Liu began importing through AB MA after suspending imports through another shell company, GL Paper – a defendant in the original complaint. Indeed, Mr. Liu caused the formation of AB MA approximately six months after he ceased operations at GL Paper. In sum, justice requires that the Court add AB MA as a defendant in this matter because it is the company through which Mr. Liu continued the wire hanger transshipment scheme while continuing his *modus operandi* of concealing his identity.

The Government seeks to amend the complaint at this time because U.S. Customs and Border Protection issued a penalty against AB MA and Mr. Liu on December 30, 2022, and the administrative process against AB MA relating to that penalty has recently been exhausted. The Government has thus been expeditious in adding AB MA as a defendant, good reason exists to do so, and neither Mr. Liu nor GL Paper could be prejudiced by AB MA's addition.

Accordingly, the United States respectfully requests that the Court grant its motion for leave to file the attached amended complaint and its accompanying exhibits.

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

PATRICIA M. MCCARTHY
Director

FRANKLIN E. WHITE, JR.
Assistant Director

*/s/ William Kanellis*
WILLIAM KANELLIS
ANNE M. DELMARE
Trial Attorneys
OF COUNSEL:                          U.S. Department of Justice
STEVEN J. HOLTKAMP                   Civil Division
Staff Attorney                       Commercial Litigation Branch
U.S. Customs and Border Protection   1100 L Street, NW, Suite 10000
Office of the Assistant Chief Counsel   Washington, D.C.  20009
610 South Canal Street, Suite 767    202 532 5749
Chicago, Illinois 60607

March 13, 2023                       *Attorneys for Plaintiff*

3