## UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| **UNITED STATES,** | |
| Plaintiff, | |
| v. | Before: Jane A. Restani, Judge |
| **ZHE "JOHN" LIU, GL PAPER DISTRIBUTION, LLC,** | Court No. 22-00215 |
| Defendants, | |

## ORDER

Upon consideration of the second motion to dismiss filed by the defendant Zhe "John" Liu ("Liu"), the court rules as follows:

The second motion to dismiss, ECF No. 23, is not accepted by the court. It is not a motion provided for by the rules of the court. Further, the "excuse" of the "motion," i.e., that something significant has intervened, is not well-taken. Accordingly, the Government need not respond to the new "motion." In addition, both motions to dismiss filed by Liu, ECF Nos. 16 and 23, fail to comply with USCIT R. 81(j). In the interest of judicial economy, the first motion to dismiss is accepted; however, counsel for Liu is directed to ensure future filings comply with the court rules. Filings that do not comply will be returned.

**SO ORDERED.**

/S/   Jane A. Restani
Jane A. Restani, Judge

Dated: March 16, 2023
New York, New York