UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| **UNITED STATES,**<br><br>                    Plaintiff,<br><br>         v.<br><br>**ZHE "JOHN" LIU, GL PAPER DISTRIBUTION, LLC,**<br><br>                    Defendants, | Before: Jane A. Restani, Judge<br><br>Court No. 22-00215 |

**ORDER**

Upon consideration of the motion for leave to file an amended complaint filed by the plaintiff ("Government") and the response filed by the defendant Zhe "John" Liu ("Liu"), the court rules as follows:

USCIT R. 15(a)(2) grants the court discretion to allow an amendment to the complaint "when justice so requires." That discretion is counterbalanced against the USCIT R. 1 interest in a "just, speedy, and inexpensive determination of every action and proceeding." Here, the Government seeks to amend its complaint to add an additional count against a new party, AB MA Distribution Corp. ("AB MA"). Pl.'s Mot. For Leave To File An Am. Compl. at 2, ECF No. 22 (Mar. 3, 2023). The Government alleges that Liu caused the formation of AB MA after suspending imports through GL Paper Distribution, LLC ("GL Paper") and proceeded to transship wire hangers through India and Thailand. Id. The Government issued a penalty against AB MA and Liu on December 30, 2022, and the administrative process against AB MA has now concluded. Id. Nevertheless, in the Government's proposed amended complaint the

count relating to the alleged violation by AB MA does not allege that Liu is liable to the United States for the penalties and lost revenue. Am. Compl. at 8, ECF No. 22-2 (Mar. 13, 2023). Accordingly, the court considers whether justice requires allowing the Government to add a new count against a new party without any allegations of liability for an existing party.

    Justice does not require acceptance of the amended complaint. Administrative proceedings relating to the AB MA imports are still ongoing in regard to Liu's liability. Resp. to Pl.'s Mot. To Am. The Compl. at 6–7, ECF No. 28 (Apr. 2, 2023). AB MA allegedly transshipped the imported wire hangers through different countries, India and Thailand, from the country allegedly used by GL Paper, Malaysia. Discovery is set to finish in May and the amended complaint would inevitably extend that deadline. Additionally, the Government is not prejudiced by this denial as there is still time to file a separate complaint. Considering that the amended complaint would needlessly complicate already ongoing proceedings with discovery deadlines, the Government's motion is DENIED.

**SO ORDERED.**

                                                                                 /S/   Jane A. Restani
                                                                                  Jane A. Restani, Judge

Dated: April 4, 2023
New York, New York