# IN THE UNITED STATES COURT OF INTERNATIONAL TRADE

BEFORE:  THE HONORABLE JANE A. RESTANI, SENIOR JUDGE

| | |
|---|---|
| THE UNITED STATES, | ) |
| Plaintiff, | ) |
| v. | ) Court No. 22-215 |
| ZHE "JOHN" LIU, and GL PAPER DISTRIBUTION, LLC, | ) |
| Defendants. | ) |

### PLAINTIFF'S RESPONSE TO DEFENDANT ZHE "JOHN' LIU'S MOTION FOR A PROTECTIVE ORDER

The United States respectfully submits this response to the motion for a protective order filed by defendant Zhe "John" Liu. The Government does not oppose Mr. Liu's motion for a protective order, and agrees to the language of the proposed protective order attached to Mr. Liu's motion.

Respectfully submitted,

BRIAN M. BOYNTON
 Principal Deputy Assistant Attorney General

PATRICIA M. McCARTHY
Director

/s/ William Kanellis
WILLIAM KANELLIS
U.S. Department of Justice
Civil Division
Commercial Litigation Branch
1100 L Street, NW, Suite 10000
Washington, D.C.  20009
(202) 532-5749

OF COUNSEL:
STEVEN HOLTKAMP
Senior Counsel
U.S. Customs and Border Protection
Office of the Associate Chief Counsel
610 S. Canal St., Ste. 767
Chicago, IL 60607

Dated:  April 11, 2023

Attorneys for Plaintiff