Before Hon. Jane A. Restani, Judge
UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| United States<br><br>*Plaintiff,*<br><br>v.<br><br>Zhe "John" Liu and<br>GL Paper Distribution, LLC<br><br>*Defendants.* | Ct. No. 22-000215 |

Order

Upon consideration of the December 1, 2023 joint status report and upon all other papers and proceedings reviewed herein, it is hereby

ORDERED that this matter is stayed pending resolution of the ongoing criminal investigation of Zhe "John" Liu;

ORDERED that the parties shall file a joint status report with the court on or before April 1, 2024;

ORDERED that the parties shall identify in such status report their view as to whether such stay should continue or should be lifted;

ORDERED that Defendant Liu shall file any motion seeking clarification of the Judicial Protective Order issued in this matter by December 15, 2023; and

United States v. Liu
Ct. No. 22-000215

ORDERED that the parties shall set forth a schedule of further proceedings in conjunction with the status report in the event that the parties believe that such stay should be lifted.

SO ORDERED

Dated: December 1, 2023          /s/   Jane A. Restani
New York, New York                         Judge