# IN THE UNITED STATES COURT OF INTERNATIONAL TRADE

**BEFORE: THE HONORABLE JANE A. RESTANI, SENIOR JUDGE**

| | |
|---|---|
| THE UNITED STATES<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ZHE "JOHN" LIU and<br>GL PAPER DISTRIBUTION, LLC,<br><br>　　　　　Defendant. | No. 22-215 |
| THE UNITED STATES.,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ZHE "JOHN" LIU and<br>AB MA DISTRIBUTION<br>CORPORATION,<br><br>　　　　　Defendant. | No. 23-116 |
| THE UNITED STATES.,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ZHE "JOHN" LIU and CEK GROUP, LLC,<br><br>　　　　　Defendant. | No. 24-132 |

1

**PLAINTIFF'S MOTION TO COMPEL
ZHE "JOHN" LIU TO UPDATE HIS ANSWER IN CASE NO. 23-116**

Pursuant to Rules 8, 10, 11, 12(a)(1), and 15 of the Rules of the United States Court of International Trade (USCIT R.), plaintiff, the United States, respectfully requests that the Court compel Zhe "John" Liu (Liu) to amend his answer to substantively respond to the complaint in *United States v. Liu,* No. 23-116 (Ct. Int'l Trade) (*AB MA*). We attempted to confer with Mr. Craven, counsel for Mr. Liu, beginning on September 17, 2025. We informed Mr. Craven that if we did not receive a response by September 23, 2025, to our request that Mr. Liu update his *AB MA* Answer, plaintiff would inform the Court that Liu opposes this request. Having received no response, we presume that Mr. Liu opposes this motion.

On November 17, 2023, Mr. Liu answered the Government's Complaint. *See* ECF 9 (Answer). Throughout Mr. Liu's answer he "asserts that his ability to answer this complaint has been hampered by the U.S. Department of Justice's seizure of his records" and "[a]s [Liu] does not have access to his such records, he does not have sufficient information to admit or deny this allegation." *See* Answer, ¶¶ 1, 4-10, 14-22. All the items seized from Mr. Liu were returned to him by the Department of Homeland Security (DHS), via his counsel, on March 27, 2025, and April 10, 2025. Exhibit A. In short, while Mr. Liu's November 17, 2023, answer in 23-116 was perhaps compliant with USCIT R. 8(c) when filed, by Mr. Liu's own admission, it is noncompliant now. *See* Answer. USCIT R. 8(c) requires a defendant to admit or deny the allegations asserted, and state in short and plain terms its defenses to each claim asserted. Mr. Liu has not done that, despite the removal of any barrier to him properly answering the complaint.

Plaintiff is not seeking Mr. Liu's responses to be stricken, and the offending paragraphs admitted under Rule 8(c)(6).[1] *See Beker Indus. Corp. v. United States*, 585 F. Supp. 663, 665 (Ct. Int'l Trade 1984) ("Motions to strike under . . . this court's rules . . . are not favored by the courts[, and] . . . recognized to be a drastic remedy."). Plaintiff is seeking the Court to require Mr. Liu to apprise the plaintiff – and this Court – of the issues in dispute. *Id.* at 667. It is possible many of the issues raised in ¶¶ 1, 4-10, and 14-22 are not in dispute and do not require further effort from the parties and the Court. This motion strives to conserve that effort.

For these reasons, the Government respectfully requests that the Court compel Mr. Liu to file an amended answer that complies with USCIT R. 8.

 

Respectfully submitted,

BRETT A. SHUMATE
 Assistant Attorney General

PATRICIA M. McCARTHY
Director

/s/ Franklin E. White, Jr.
FRANKLIN E. WHITE, JR.
Assistant Director

---

[1] "Effect of Failing to Deny. An allegation - other than one relating to the amount of damages - is admitted if a responsive pleading is required and the allegation is not denied."

|  |  |
|---|---|
|  | /s/Anne M. Delmare |
|  | ANNE DELMARE |
|  | Trial Attorney |
|  | U.S. Department of Justice |
|  | Civil Division |
|  | P.O. Box 480, Ben Franklin Station |
|  | Washington, D.C. 20044 |
|  | Tel: (202) |
|  | Email: @usdoj.gov |
| September 26, 2025 | *Attorneys for Plaintiff* |

# EXHIBIT A

**U.S DEPARTMENT OF HOMELAND SECURITY**

**CUSTODY RECEIPT for SEIZED PROPERTY and EVIDENCE**
Handbook 5200-09

No. 2023180800057501 GP Group 2

| 1. FPF No. 2023180800057501 | 2. Incident No. 2023SZ0081339 | | |
|---|---|---|---|
| 3. Investigative Case No. OL08H472 OL0601 | 4. EID Event Number | | |
| 5. Prior Detention? Yes ☐ No ☑ If yes, DHS 6051D No. | 6. Date Seized (mm/dd/yyyy) 06/28/2023 | 7. Time Seized (Use 24 Hrs) 19:45 | 8. FDIN/Misc. |
| 9. Seized From: Name: LIU, Zhe  Address: 1448 Holts Grove Circle Winter Park, FL, 32789, US  Telephone No. | 10. Entry No. | 11. Seal or Other ID Nos. | |
| | 12. Remarks: | | |

13. Send Correspondence to:
U.S. CBP / ATTN:FPFO, 5519 W. HILLSBOROUGH AVE, TAMPA, FL, 33634, TEL. No. 8132498243

### 14. PROPERTY (By Line Item) Attach CBP 58 if conveyance

| a. Line Item No. | b. Description | c. Packages Number | c. Packages Type | d. Measurements Qty | d. Measurements UM | e. Est. Dom. Value |
|---|---|---|---|---|---|---|
| 0001 | C02QG29HGG7L iMAC PC | 1 | BG | 1 | EA | $ 0 |
| 0002 | W89045XH0TL iMAC PC | 1 | BG | 1 | EA | $ 0 |
| 0003 | CNU6440N7Z HP Desktop | 1 | BG | 1 | EA | $ 0 |
| 0004 | CND736ILNP HP Laptop | 1 | BG | 1 | EA | $ 0 |
| 0005 | G8038869Z38 iPad | 1 | BG | 1 | EA | $ 0 |
| 0006 | 0140115178 ioSafe External Hard Drive | 1 | BG | 1 | EA | $ 0 |

15. Seizing Officer

Print Name: Franklin, Albert    Signature: X /s/ A. Franklin    Date: 6/28/2023

### 16. ACCEPTANCE / CHAIN OF CUSTODY

| a. Line Item No. | b. Description | c. Print Name/Title /Organization | d. Signature | e. Date |
|---|---|---|---|---|
| 1-6 | as above | A. Franklin/SA/HSI | /s/ | 7/17/2023 |
| 3-6 | as above | Paul Sepulveda | /s/ | 3/27/25 |
| 1-2 | as above | Paul Sepulveda | /s/ | 4/10/25 |
| | | | | |
| | | | | |

DHS Form 6051A Continuation Sheet Attached? Yes ☐ No ☑

DHS Retains Original



DHS Form 6051S(08/09)

DEPARTMENT OF HOMELAND SECURITY

No. 2023180800057501 GP Group 2

## CUSTODY RECEIPT FOR DETAINED OR SEIZED PROPERTY
Continuation Sheet
Handbook 5200-09

1. Page 2 of 2

2. DHS Form 6051S or D No.

| 3. FPF Number: 2023180800057501 | | | | | | | 4. Investigative Case No. or IA File Number: OL08HH22 OL0001 | | |
|---|---|---|---|---|---|---|---|---|---|
| 5. PROPERTY (By Line Item) Attach CBP Form 58 if conveyance | | | | | | | FOR DETENTIONS ONLY | | |
| a. Line Item No. | b. Description | c. Packages Number | Type | d. Measurements Qty. | UM | e. Est. Dom. Value | f. Samples sent to DHS Lab | | Date |
| 0007 | NAB1XC0Z SEAGATE External Hard Drive | 1 | BG | 1 | EA | $ 0 ✓ | Yes ☐ No ☐ | / | / |
| 0008 | Various Thumb Drives | 1 | BG | 18 | EA | $ 0 | Yes ☐ No ☐ | / | / |
| 0009 | Compact Disc | 1 | BG | 1 | EA | $ 0 ✓ | Yes ☐ No ☐ | / | / |
| | | | | | | $ | Yes ☐ No ☐ | / | / |
| | | | | | | $ | Yes ☐ No ☐ | / | / |
| | | | | | | $ | Yes ☐ No ☐ | / | / |
| | | | | | | $ | Yes ☐ No ☐ | / | / |
| | | | | | | $ | Yes ☐ No ☐ | / | / |
| | | | | | | $ | Yes ☐ No ☐ | / | / |
| | | | | | | $ | Yes ☐ No ☐ | / | / |
| | | | | | | $ | Yes ☐ No ☐ | / | / |

### 6. ACCEPTANCE/CHAIN OF CUSTODY

| a. Line Item No. | b. Description | c. Print Name/Title/Organization | d. Signature | e. Date |
|---|---|---|---|---|
| 7-9 | as above | A. Franklin/SA/HSI | [signature] | 7/17/2023 |
| 7-9 | as above | Paul Sagulecka | [signature] | 3/27/25 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

DHS Retains Original



DHS Form 6051A(08/09)

U.S DEPARTMENT OF HOMELAND SECURITY

No. 2023180800057501 GP Group 1

## CUSTODY RECEIPT for SEIZED PROPERTY and EVIDENCE
Handbook 5200-09

| 1. FPF No. 2023180800057501 | 2. Incident No. 2023SZ0081339 | | |
|---|---|---|---|
| 3. Investigative Case No. OL08HH22OL0001 | 4. EID Event Number | | |
| 5. Prior Detention? Yes ☐ No ☑ If yes, DHS 6051D No. | 6. Date Seized (mm/dd/yyyy) 06/28/2023 | 7. Time Seized (Use 24 Hrs) 19:45 | 8. FDIN/Misc. |
| 9. Seized From: Name: LIU, Zhe Address: 1448 Holts Grove Circle Winter Park, FL, 32789, US Telephone No. | 10. Entry No. | 11. Seal or Other ID Nos. | |
| | 12. Remarks: | | |

13. Send Correspondence to:
U.S. CBP / ATTN:FPFO, 5519 W. HILLSBOROUGH AVE, TAMPA, FL, 33634, TEL. No. 8132498243

### 14. PROPERTY (By Line Item) Attach CBP 58 if conveyance

| a. Line Item No. | b. Description | c. Packages Number | c. Packages Type | d. Measurements Qty | d. Measurements UM | e. Est. Dom. Value |
|---|---|---|---|---|---|---|
| 0010 | Documents/Papers | 2 | BX | 14.06 | KG | $ 0 |
| | | | | | | $ |
| | | | | | | $ |
| | | | | | | $ |
| | | | | | | $ |
| | | | | | | $ |

15. Seizing Officer

Franklin, Albert — Print Name     X [signature]     Date 6/28/2023

### 16. ACCEPTANCE / CHAIN OF CUSTODY

| a. Line Item No. | b. Description | c. Print Name/Title /Organization | d. Signature | e. Date |
|---|---|---|---|---|
| 0010 | Documents/Papers | A. Franklin/SA/HSI | [signature] | 7/17/2023 |
| 010 | as above | Paul Sepulveda | [signature] | 3/27/25 |
| | | | | |
| | | | | |
| | | | | |

DHS Form 6051A Continuation Sheet Attached? Yes ☐ No ☐

DHS Retains Original



DHS Form 6051S(08/09)