Before Hon. Jane A. Restani, Sr. Judge
UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| United States<br><br>       *Plaintiff,*<br><br>v.<br><br>Zhe "John" Liu and<br>GL Paper Distribution, LLC<br><br>       *Defendants.* | Ct. No. 22-000215 |

Response to Motion to Stay Proceedings

Defendant Zhe "John" Liu, by and through his attorney hereby responds to Plaintiff United States' October 1, 2025 motion to stay the proceedings.  Counsel for Liu was on international travel and thus received the request for consent to the motion to stay after the close of business and was not aware of the filing until after the filing of the motion.  Defendant was not able to provide to the United States its views on consent prior to the filing.  Defendant takes no position on the motion to stay and relies upon the discretion of the Court, but notes that this matter was brought by United States and they are under an obligation to move forward with this matter in a timely fashion or dismiss this matter.  Defendant further notes that this matter has already been pending before this Court for three years.

United States v. Liu
October 2, 2025
Page 2

Defendant is prepared to answer any other questions that the Court may have with respect to this matter.

                                                  Respectfully Submitted,

/s/   David J. Craven

David J. Craven
Craven Trade Law LLC
3744 N Ashland Avenue
Chicago, IL 606013
(773) 709-8506

Counsel to Zhe "John" Liu

October 2, 2025