# IN THE UNITED STATES COURT OF INTERNATIONAL TRADE

**BEFORE: THE HONORABLE JANE A. RESTANI, SENIOR JUDGE**

|  |  |
|---|---|
| THE UNITED STATES, | ) |
| Plaintiff, | ) |
| v. | ) No. 22-215 |
| ZHE "JOHN" LIU and GL PAPER DISTRIBUTION, LLC, | ) |
| Defendants. | ) |
| THE UNITED STATES, | ) |
| Plaintiff, | ) |
| v. | ) No. 23-116 |
| ZHE "JOHN" LIU and AB MA DISTRIBUTION CORPORATION, | ) |
| Defendants. | ) |
| THE UNITED STATES, | ) |
| Plaintiff, | ) |
| v. | ) No. 24-132 |
| ZHE "JOHN" LIU and CEK GROUP, LLC, | ) |
| Defendants. | ) |

**PLAINTIFF'S MOTION TO COMPEL
ZHE "JOHN" LIU TO UPDATE HIS ANSWER IN CASE 24-132**

Pursuant to Rules 8, 10, 11, 12(a)(1), and 15 of the Rules of the United States Court of International Trade (USCIT R.), plaintiff, the United States, respectfully requests that the Court compel Zhe "John" Liu (Liu) to amend his answer to substantively respond to the complaint in *United States v. Liu,* No. 24-132 (Ct. Int'l Trade) (*CEK Group, LLC*). We attempted to confer with Mr. Craven, counsel for Mr. Liu, beginning on September 29, 2025. We informed Mr. Craven that if we did not receive a response by October 3, 2025, to our request that Mr. Liu update his answer in *CEK Group*, we would inform the Court that Liu opposes this request. The Government followed up on its September 29, 2025 request on October 21, 2025, and also did not receive a response. Having received no response, we presume that Mr. Liu opposes this motion.

On September 27, 2024, Mr. Liu answered the Government's complaint. *See* Answer, ECF 7.

Throughout Mr. Liu's answer he objects to paragraphs "as being immaterial as this entity was not involved with these transactions. Liu, therefore, neither admits nor denies this allegation." *See* Answer, ¶¶ 3-8, 14, 16, 21. USCIT R. 8(c) requires a defendant to admit or deny the allegations asserted, and state in short and plain terms its defenses to each claim asserted. Mr. Liu has not done that.

At this time plaintiff is not seeking Mr. Liu's responses to be stricken, and the offending paragraphs admitted under Rule 8(c)(6).[1] *See Beker Indus. Corp. v. United States*, 585 F. Supp. 663, 665 (Ct. Int'l Trade 1984) ("Motions to strike under . . . this court's rules . . . are not

---

[1] "Effect of Failing to Deny. An allegation - other than one relating to the amount of damages - is admitted if a responsive pleading is required and the allegation is not denied."

favored by the courts[, and] . . . recognized to be a drastic remedy.") Plaintiff is seeking the Court to require Mr. Liu to apprise the plaintiff – and this Court – of the issues in dispute. *Id.* at 667. It is possible many of the issues raised in ¶¶ 3-8, 14, 16, 21 are not in dispute and do not require further effort from the parties and the Court. This motion strives to conserve that effort.

For these reasons, the Government respectfully requests that the Court compel Mr. Liu to file an amended answer that complies with USCIT R. 8.

                                                Respectfully submitted,

                                                BRETT A. SHUMATE
                                                Assistant Attorney General

                                                PATRICIA M. McCARTHY
                                                Director

                                                /s/ Franklin E. White, Jr.
                                                FRANKLIN E. WHITE, JR.
                                                Assistant Director

                                                /s/Anne M. Delmare
                                                ANNE DELMARE
                                                Trial Attorney
                                                U.S. Department of Justice
                                                Civil Division
                                                P.O. Box 480, Ben Franklin Station
                                                Washington, D.C. 20044
                                                Tel: (202)
                                                Email: @usdoj.gov

October 24, 2025                                   *Attorneys for Plaintiff*