UNITED STATES COURT OF INTERNATIONAL TRADE

Before: The Honorable Jane A. Restani, Senior Judge

| | |
|---|---|
| United States<br><br>*Plaintiff,*<br><br>v.<br><br>Zhe "John" Liu and<br>GL Paper Distribution, LLC<br><br>*Defendant.* | Ct. No. 22-215 |
| United States<br><br>*Plaintiff,*<br><br>v.<br><br>Zhe "John" Liu and<br>AB MA Distribution Corp,<br><br>*Defendant.* | Ct. No. 23-116 |
| United States<br><br>*Plaintiff,*<br><br>v.<br><br>Zhe "John" Liu and<br>CEK Group, LLC<br><br>*Defendant.* | Ct. No. 24-132 |

Motion to Quash

Pursuant to Rule 45(d)(3) of the Rules of the U.S. Court of International Trade, Defendant Zhe "John" Liu hereby moves for the quashing of the October 24, 2025 Subpoena issued to Chen Liu with respect to a virtual deposition and

1

production of documents.  As of the time of the filing of this motion, Chen Liu has not been served, and counsel for Zhe Liu only became aware of this subpoena on October 28, 2025.  It is counsel for Zhe Liu's understanding that Chen Liu is presently out of the country.  The October 24, 2025 Subpoena seeks a virtual deposition to be held on October 30, 2025 at 9 am and also requires the production of certain records.

As this Court knows from its discovery order, the discovery period opened many months ago and closes on the 31st of October.  The United States waited until very late in this period to seek this deposition, providing less than one week from the issuance of the subpoena for service and assembly of the documents.  Furthermore, on information and belief, Chen Liu is presently out of the Country and thus could not be effectively served with the subpoena prior to the deposition date and critically, would have no time to gather the documents requested.

As such, this Court should quash this subpoena under Rule 45(d)(3)(A) as it fails to provide a reasonable time to comply, and in fact, will likely not have been served on the deponent by the time of the proposed deposition.  Simply put, the United States had more than enough time prior to the discovery deadline to conduct this deposition and request this production, but delayed in doing so.  The unreasonably short response time is the making of the United States and the defendant should not be prejudiced by this delay.

Accordingly, Defendant respectfully requests that the Court quash this subpoena and cancel the deposition scheduled for October 30, 2025

Respectfully Submitted,

/s/   David J. Craven

David J. Craven

Craven Trade Law LLC
3744 N Ashland Avenue
Chicago, IL 606013
(773) 245-4010

Counsel to Zhe "John" Liu

Dated:  October 28, 2025