Before Hon. Jane A. Restani, Sr. Judge
UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| United States<br><br>                    *Plaintiff,*<br><br>v.<br><br>Zhe "John" Liu and<br>GL Paper Distribution, LLC<br><br>                    *Defendants.* | Cons. Ct. No. 22-000215 |

Response to Motion to Compel

Defendant Zhe "John" Liu, by and through his attorney hereby files its response to the United States' October 24, 2025 motion to compel Defendant to supply an amended answer in this matter. Defendant has tended to this Court a motion for leave to file the amended answer and an amended answer. Counsel for Plaintiff has now advised Counsel for Defendant that they consent to the motion for leave to file the amended answer. Accordingly, as the amended answer has now been tendered, the motion to compel has been rendered moot.

Defendant respectfully submits that as the motion to compel has been rendered moot, this court does not need to take further action on this motion.

.

        Respectfully Submitted,

        /s/  David J. Craven

        David J. Craven
        Craven Trade Law LLC
        3744 N Ashland Avenue
        Chicago, IL 606013
        (773) 709-8506

        Counsel to Zhe "John" Liu

November 14, 2025