## Certificate of Service

      As counsel for defendant, I certify that on November 14, 2025 the attached were filed electronically with the Court using the CM/ECF system. Accordingly, pursuant to the provisions of Administrative Order 02-01, such documents are deemed to have been electronically served on all parties to the proceeding.

      /s/ David Craven
      David Craven