**IN THE UNITED STATES COURT OF INTERNATIONAL TRADE**

**BEFORE: THE HONORABLE JANE A. RESTANI, SENIOR JUDGE**

|  |  |  |
|---|---|---|
| THE UNITED STATES, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Consol. Court No. 22-215 |
| v. | ) | |
| | ) | |
| ZHE "JOHN" LIU, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## JOINT STATUS REPORT

On January 30, 2026, the Court ordered the "[p]arties shall submit a joint status report on or before March 31, 2026, updating their progress toward settlement or proposing next steps in this case if a settlement is not reached."

The parties are discussing settlement. Mr. Liu has provided significant financial documents to facilitate settlement, though other documents need to be produced. The Government has begun reviewing the documents Mr. Liu has provided.

The parties request an additional 62-day stay to facilitate settlement. A stay will conserve judicial resources, not prejudice either party, and is made solely to facilitate resolution efforts in an efficient and cooperative manner.

The parties respectfully propose to submit a joint status report on or before June 1, 2026, updating their progress toward settlement or proposing next steps in this case if a settlement is not reached.

WHEREFORE, the parties respectfully request this motion be granted and that the Court continue the stay of discovery in this case for 62 days, including June 1, 2026.

1

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General

PATRICIA M. McCARTHY
Director

/s/ David J. Craven
DAVID J. CRAVEN
Craven Trade Law LLC
3744 N Ashland Avenue
Chicago, IL 606013
(773) 709-8506

Attorney for Defendant

FRANKLIN E. WHITE, JR.
Assistant Director

/s/ Daniel A. Hoffman
DANIEL A. HOFFMAN
Trial Attorney
Commercial Litigation Branch
Civil Division, Department of Justice
P.O. Box 480, Ben Franklin Station
Washington, D.C. 20044
Tel:  (202) 353-0547
Email:  Daniel.a.hoffman@usdoj.gov

March 31, 2026

Attorneys for Plaintiff

2