**IN THE UNITED STATES COURT OF INTERNATIONAL TRADE**

**BEFORE: THE HONORABLE JANE A. RESTANI, SENIOR JUDGE**

| | |
|---|---|
| THE UNITED STATES, )  )  ) | |
| Plaintiff, ) ) | Consol. Court No. 22-215 |
| v. ) ) | |
| ZHE "JOHN" LIU, *et al.*, ) ) | |
| Defendants. ) ) | |

## JOINT STATUS REPORT

On March 31, 2026, the Court ordered that the "[p]arties shall submit a joint status report on or before June 1, 2026, updating their progress toward settlement or proposing next steps in this case if a settlement is not reached."

Mr. Liu has provided significant financial documents, finishing on or about May 13, 2026, to facilitate settlement. The Government's analyst reviewed the documents provided. The documents provided have identified for the Government necessary, additional documents. The Government provided a list of these additional documents to Mr. Liu on May 26, 2026. Mr. Liu is in the process of reviewing the Government's additional requests.

The parties request an additional 60-day stay to facilitate settlement. A stay will conserve judicial resources, not prejudice either party, and is made solely to facilitate resolution efforts in an efficient and cooperative manner.

The parties respectfully propose to submit a joint status report on or before July 31, 2026, updating their progress toward settlement or proposing next steps in this case if a settlement is not reached.

1

WHEREFORE, the parties respectfully request this motion be granted and that the Court continue the stay of discovery in this case for 60 days, including July 31, 2026.

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General

PATRICIA M. McCARTHY
Director

/s/ David J. Craven                     FRANKLIN E. WHITE, JR.
DAVID J. CRAVEN                    Assistant Director
Craven Trade Law LLC
3744 N Ashland Avenue            /s/ Daniel A. Hoffman
Chicago, IL 606013                    DANIEL A. HOFFMAN
(773) 709-8506                           Trial Attorney
                                                   Commercial Litigation Branch
Attorney for Defendant            Civil Division, Department of Justice
                                                   P.O. Box 480, Ben Franklin Station
                                                   Washington, D.C. 20044
                                                   Tel:  (202) 353-0547
                                                   Email:  Daniel.a.hoffman@usdoj.gov

 May 28, 2026                          Attorneys for Plaintiff

2